1

**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**CHELMSFORD IMMIGRATION COURT**

Respondent Name:
DIAS DE SOUZA, ELYEZER

To:
Bandar, Stephen Edmond
2000 Massachusetts Ave
Suite # 2
Cambridge, MA 02140

A-Number:
220-222-585

Riders:
In Custody Redetermination Proceedings

Date:
08/25/2026

☐ Unable to forward - no address provided.

☐ Attached is a copy of the **decision of the Immigration Judge.** This decision is final unless an appeal is filed with the Board of Immigration Appeals within 30 calendar days of the date of the mailing of this written decision. See the enclosed forms and instructions for properly preparing your appeal. Your notice of appeal, attached documents, and fee or fee waiver request must be mailed to:

Board of Immigration Appeals
Office of the Clerk
P.O. Box 8530
Falls Church, VA 22041

☐ Attached is a copy of the decision of the immigration judge as the result of your Failure to Appear at your scheduled deportation or removal hearing. This decision is final unless a Motion to Reopen is filed in accordance with Section 242B(c)(3) of the Immigration and Nationality Act, 8 U.S.C. § 1252B(c)(3) in deportation proceedings or section 240(b)(5)(c), 8 U.S.C. § 1229a(b)(5)(c) in removal proceedings. If you file a motion to reopen, your motion must be filed with this court:

Immigration Court

☐ Attached is a copy of the decision of the immigration judge relating to a Reasonable Fear Review. Pursuant to 8 C.F.R. § 1208.31(g)(1), no administrative appeal is available.

- ☐ Attached is a copy of the decision of the immigration judge relating to a **Credible Fear Review.** This is a final order. No appeal is available.
- ☐ Other:

Date: 08/25/2026

Immigration Judge: Frames, Kathryn 08/25/2026

**Certificate of Service**

This document was served:

Via: [ M ] Mail | [ P ] Personal Service | [ E ] Electronic Service | [ U ] Address Unavailable

To: [ ] Alien | [ ] Alien c/o custodial officer | [ E ] Alien atty/rep. | [ E ] DHS

Respondent Name : DIAS DE SOUZA, ELYEZER | A-Number : 220-222-585

Riders:

Date: 08/25/2026 By: VASQUEZ, GENESIS, Court Staff

**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**IMMIGRATION COURT**
**CHELMSFORD, MASSACHUSETTS**

| | | |
|---|---|---|
| **IN THE MATTER OF:** | ) | |
| | ) | |
| **DIAS DE SOUZA, Elyezer** | ) | **In Bond Proceedings** |
| **A 220-222-585** | ) | **DETAINED** |
| | ) | |
| **Respondent** | ) | |

**APPLICATION**: Motion for Custody Redetermination.

| **ON BEHALF OF THE RESPONDENT:** | **ON BEHALF OF DHS:** |
|---|---|
| Jessica Thampy, Esq.<br>Agape Law PC<br>200 Walnut Street, Suite 1<br>Saugus, Massachusetts 01906 | Brian Wilson, Assistant Chief Counsel<br>U.S. Department of Homeland Security<br>U.S. Immigration and Customs Enforcement<br>15 New Sudbury Street, Room 425<br>Boston, Massachusetts 02203 |

## BOND ORDER OF THE IMMIGRATION JUDGE

### I. PROCEDURAL HISTORY

On September 15, 2021, the U.S. Department of Homeland Security ("DHS") initiated removal proceedings against the Respondent, Mr. Elyezer Dias De Souza ("Respondent"), through the filing of a Notice to Appear ("NTA") with the Boston Immigration Court. Form I-862, Notice to Appear (September 15, 2021). The Chelmsford Immigration Court ("Court") convened for a custody redetermination hearing on August 20, 2026, pursuant to an order issued by the United States District Court for the District of Massachusetts. Bond Exh. 1. Taking the record as a whole the Court finds that DHS established, by a preponderance of the evidence, that the Respondent poses a flight risk.

### II. DOCUMENTARY EVIDENCE

All bond exhibits were admitted into the record.[1] The undersigned has reviewed the record in its entirety and is familiar with all submissions and evidence. Full consideration and appropriate weight have been given to all admitted exhibits and evidence regardless of whether specifically summarized or referenced herein.

**Bond Exhibit 1**: Order of the United States District Court for the District of Massachusetts (August 14, 2026);

[1] The record of these proceedings is maintained in an electronic format through the EOIR Courts and Appeals System. For clarity the Court will cite to specific pages using the exhibit and page number that EOIR generates when a filing is uploaded to the eROP. These page numbers appear in the bottom left corner of the exhibits (e.g "EOIR – 1 of 10").

**Bond Exhibit 2:** Respondent's First Evidence Submission (August 19, 2026);

**Bond Exhibit 3**: DHS' Evidence Submission (August 19, 2026);

**Bond Exhibit 4**: Respondent's Second Evidence Submission (August 20, 2026).

## III. STANDARDS OF LAW

The Court may review the custody status of a respondent in removal proceedings, provided that the respondent is not subject to mandatory detention pursuant to section 236(c) of the Immigration and Nationality Act ("INA" or "Act"). INA § 236(a). When reviewing a respondent's custody status, the Court may order DHS to (1) continue to detain the respondent or (2) release the respondent on either a bond of not less than $1,500.00 or conditional parole. *Id.* Pursuant to the opinion of the First Circuit, DHS bears the burden of proof in custody redetermination proceedings. *Hernandez-Lara v. Lyons*, 10 F.4th 19, 41 (1st Cir. 2021). For the Court to order no change in a respondent's custody status, DHS must prove by clear and convincing evidence that the respondent poses a danger to the community or prove by a preponderance of the evidence that the respondent poses a risk of flight. *Id.*; *see also* 8 C.F.R. §§ 1003.19(h)(3), 1236.1(c)(8).

DHS bears the burden to demonstrate respondent's danger to the community by clear and convincing evidence. *Hernandez-Lara*, 10 F.4th at 41. Clear and convincing evidence is a standard of proof which requires more than the preponderance of the evidence standard applied in most civil cases, but less than the beyond a reasonable doubt standard used in criminal proceedings. *Addington v. Texas*, 441 U.S. 418, 425 (1979). The Board of Immigration Appeals ("BIA" or "Board") defined clear and convincing evidence as "that degree of proof though not necessarily conclusive, which will produce in the mind of the court a firm belief or conviction, or as that degree of proof which is more than a preponderance but less than beyond a reasonable doubt." *Matter of Patel*, 19 I&N Dec. 774 (BIA 1988) (quoting *Matter of Carrubba*, 11 I&N Dec. 914, 917 (BIA 1966)).

The Board has consistently held that the following factors are significant in custody redetermination:

1. Fixed address in the United States. *Matter of Patel*, 15 I&N Dec. 666, 667 (BIA 1979);
2. Length of residence in the United States. *Matter of Shaw*, 17 I&N Dec. 177, 178 (BIA 1979);
3. Family ties in the United States, particularly those which can confer immigration benefits on the respondent. *Matter of Shaw*, 17 I&N Dec. at 178; *Matter of Patel*, 15 I&N Dec. at 667;
4. Employment history in the United States, including length and stability. *Matter of Shaw*, 17 I&N Dec. at 178; *Matter of Patel*, 15 I&N Dec. at 667;
5. Immigration record and eligibility for relief from removal. *Matter of Andrade*, 19 I&N Dec. 488, 491 (BIA 1987); *Matter of Shaw*, 17 I&N Dec. at 178;
6. Attempts to escape from authorities or other flight to avoid prosecution. *Matter of San Martin*, 15 I&N Dec. 167, 169 (BIA 1974);

7. Prior failures to appear for court proceedings. *Matter of Shaw*, 17 I&N Dec. at 178; *Matter of San Martin*, 15 I&N Dec. at 169; and
8. Criminal record, particularly if such record indicates consistent disrespect for the law. *Matter of Andrade*, 19 I&N Dec. at 490-91.

The Court may base a custody or bond determination upon any information that is available or that is presented by the respondent or DHS. 8 C.F.R. § 1003.19(d). It is the responsibility of the Court and parties to ensure that the bond record establishes the nature and substance of the information considered. *Matter of Adeniji*, 22 I&N Dec. 1102, 1115 (BIA 1999).

An IJ has broad discretion to decide the factors considered in custody determinations and may give varying weight to certain factors, as long as the decision is reasonable. *Matter of Guerra*, 24 I&N Dec. 37, 40 (BIA 2006); *see Matter of D-J-*, 23 I&N 572, 575-76 (AG 2003) (noting the Attorney General's broad discretion in determining whether bond is warranted); *Matter of Gamboa*, 14 I&N Dec. 244 (BIA 1972). Any probative and specific evidence may be considered, and a criminal conviction is not required to show that a noncitizen poses a danger to the community. *See Matter of Gamboa*, 14 I&N Dec. at 244; *see also Matter of Thomas*, 21 I&N Dec. 20, 23 (BIA 1995).

## IV. FINDINGS OF FACT AND CONCLUSIONS OF LAW

As an initial matter, the Court has jurisdiction to consider the Respondent's request for custody redetermination, pursuant to an order by the United States District Court for the District of Massachusetts. Bond Exh. 1. After carefully considering the documentary and testimonial evidence and the arguments raised by both parties at the custody redetermination hearing, the Court finds DHS met its burden and established that the Respondent is a flight risk. *Hernandez-Lara*, 10 F.4th at 41.

DHS argued that the Respondent poses a danger to the community due to his recent charges for operating a motor vehicle without a license and negligent operation of a motor vehicle. Bond Exh. 3 at 13. DHS presented evidence demonstrating that the Respondent's charge for operating after a suspended license was dismissed and the charge for negligent operation was continued without a finding ("CWOF"). *Id.* The Court notes that a CWOF constitutes a conviction for immigration purposes. INA § 101(a)(48)(A); *Matter of Germain*, 29 I&N Dec. 628, 629) (BIA 2026). The Court considered the record evidence and finds that DHS did not meet its burden of proving that the Respondent is a danger to the community by clear and convincing evidence. *Hernandez-Lara*, 10 F.4th at 41. While the Court notes DHS' argument regarding the Respondent's criminal conviction, the record contains little evidence regarding the circumstances surrounding the Respondent's arrest, therefore the Court finds that DHS has not met the high standard of clear and convincing.

However, the Court finds that DHS did meet its burden to demonstrate that the Respondent is a flight risk by a preponderance of the evidence. *Hernandez-Lara*, 10 F.4th at 41. However, DHS argued that the Respondent is a flight risk because his relief is speculative and he has former charges indicating a repeated violation of the laws of the United States. Bond Exh. 3; *Matter of Andrade*, 19 I&N Dec. at 490-91; *Matter of Guerra*, 24 I&N Dec. 37, 40 (BIA 2006) (stating that

an Immigration Judge has broad discretion in deciding the factors that he or she may consider in custody redeterminations). Respondent's Counsel ("Counsel") explained that the Respondent was driving without a license because he needed to drive to school. Both parties agree that the Respondent's license is currently restricted. The Court notes that the Respondent provided a Massachusetts Court driver safety course referral form, but the record is deficient of evidence demonstrating that the Respondent participated or completed such a course. Bond Exh. 2 at 56.

The Court also considers a variety of favorable facts for the Respondent, such as the Respondent's five years of physical presence in the United States, fixed address, sponsorship, employment and tax payment history, pending application for relief, and community ties. *See, generally,* Bond Exhs. 2, 4; *Matter of Shaw*, 17 I&N Dec. at 178; *Matter of Patel*, 15 I&N Dec. at 667; *Matter of Andrade*, 19 I&N Dec. at 490-91. However, the Respondent's Form I-589, Application for Asylum, Withholding of Removal, or Protection Under the Convention Against Torture before the Court and any relief that would result from it, is speculative. *See Matter of Andrade*, 19 I&N Dec. at 490 (stating that an alien with a greater likelihood of being granted relief has a stronger motivation to appear for a hearing than one who has less potential to obtain relief); *see also, Matter of A-L-S-*, 29 I&N Dec. 794, 797 (BIA 2026) (finding that "speculative future eligibility for relief based upon conjecture or hypothetical future events does not materially diminish flight risk"). The Court acknowledges that the Respondent's friend is a U.S. citizen and pledged to be his sponsor upon release. Bond Exh. 2 at 28-32. Ultimately, the Court is gravely considered by the Respondent's pattern of disregarding the laws of the United States. Upon balancing the equities presented the Court finds that DHS has established by a preponderance of the evidence that the Respondent is a flight risk. *Hernandez-Lara*, 10 F.4th at 41; *Matter of Guerra*, 24 I&N Dec. at 40. Thus, the Court finds that the Respondent poses a flight risk and that there are no conditions or combination of conditions that would reasonably assure his attendance at future hearings. Accordingly, the Court orders that there be no change in the Respondent's custody status. For these reasons, the Court **ORDERS** that bond be **DENIED**.

**Order of the Immigration Judge**

Immigration Judge: Frames, Kathryn 08/25/2026

**Certificate of Service**

This document was served:

Via: [ M ] Mail | [ P ] Personal Service | [ E ] Electronic Service | [ U ] Address Unavailable

To: [ ] Alien | [ ] Alien c/o custodial officer | [ E ] Alien atty/rep. | [ E ] DHS

Respondent Name : | A-Number :

Riders:

Date: 08/25/2026 By: VASQUEZ, GENESIS, Court Staff

2

Geri Richardson
Regional Counsel
Ronald Seely
Deputy Regional Counsel
Aubrey Proctor
Associate Regional Counsel
Brian Wilson
Counsel
Northeast Region
Office of the Principal Legal Advisor
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security
Boston, MA

DETAINED

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
UNITED STATES IMMIGRATION COURT
CHELMSFORD, MASSACHUSETTS

| | |
|---|---|
| In the Matter of: | |
| **DIAS DE SOUZA, Elyezer** | File No. A 220222585 |
| In Removal Proceedings | |

**U.S. DEPARTMENT OF HOMELAND SECURITY'S SUBMISSION OF EVIDENCE**

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
UNITED STATES IMMIGRATION COURT
CHELMSFORD, MASSACHUSETTS

| | |
|---|---|
| In the Matter of: | |
| **DIAS DE SOUZA, Elyezer** | File No. A 220222585 |
| In Removal Proceedings | |

**U.S. DEPARTMENT OF HOMELAND SECURITY'S**
**SUBMISSION OF EVIDENCE**

**TABLE OF CONTENTS**

1. Form I-213, Record of Deportable/Inadmissible Alien……………………….1-3
2. Respondent's Criminal History including III/MA BOP……………………...4-10

Respectfully submitted on August 19, 2026,

[signature]

Brian Wilson
Counsel
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security

**CERTIFICATE OF SERVICE**

On August 19, 2026, the undersigned mailed or delivered the foregoing documents and any attachments as follows:

☐ by first-class mail, postage pre-paid, to:

☐ by first-class mail, postage pre-paid, by placing into my office's receptacle designated for official "out-going" first class mail, addressed to:

☐ by personally delivering a true copy thereof to the person set forth above.

☐ by electronic service, at the following e-mail address:

☐ by eService pursuant to the Terms and Conditions agreed to between the parties.

☒ through the EOIR Courts and Appeals System (ECAS), which will automatically send service notifications to both parties that a new document has been filed.

Brian Wilson
Counsel
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security

**U.S. Department of Homeland Security** Subject ID : 403271780 **Record of Deportable/Inadmissible Alien**

| Field | Entry |
|---|---|
| Family Name (CAPS) / First / Middle | DIAS DE SOUZA, ELYEZER |
| Sex | M |
| Hair | |
| Eyes | |
| Cmplxn | |
| Country of Citizenship | BRAZIL |
| Passport Number and Country of Issue | GC542504 |
| File Number | BOS2608000428 220 222 585 |
| Height | |
| Weight | |
| Occupation | |
| U.S. Address | |
| Scars and Marks | |
| Date, Place, Time, and Manner of Last Entry | Unknown Date Unknown Time, |
| Passenger Boarded at | |
| F.B.I. Number | R355MLD5V |
| ☐ Single ☐ Divorced ☐ Married ☐ Widower ☐ Separated | |
| Number, Street, City, Province (State) and Country of Permanent Residence | |
| Method of Location/Apprehension | |
| Date of Birth | 08/15/2006 Age: 19 |
| Date of Action | 08/09/2026 |
| Location Code | BOS/BOS |
| At/Near | |
| Date/Hour | |
| City, Province (State) and Country of Birth | BRAZIL |
| AR | ☒ |
| Form: (Type and No.) Lifted ☐ Not Lifted ☐ | |
| By | |
| NIV Issuing Post and NIV Number | |
| Social Security Account Name | |
| Status at Entry | |
| Status When Found | |
| Date Visa Issued | |
| Social Security Number | 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 |
| Length of Time Illegally in U.S. | |
| Immigration Record | NEGATIVE |
| Criminal Record | |
| Name, Address, and Nationality of Spouse (Maiden Name, if Appropriate) | |
| Number and Nationality of Minor Children | None |
| Father's Name, Nationality, and Address, if Known | |
| Mother's Present and Maiden Names, Nationality, and Address, if Known | |
| Monies Due/Property in U.S. Not in Immediate Possession | None Claimed |
| Fingerprinted? ☐ Yes ☒ No | |
| Systems Checks | |
| Charge Code Words(s) | |
| Name and Address of (Last)(Current) U.S. Employer | UNITED STATES |
| Type of Employment | |
| Salary | Hr |
| Employed from/to | |

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

FAMILY INFORMATION
-------------------
Father:Subject has not provided information for Father.
Mother:Subject has not provided information for Mother.
Child:Subject does not have children or dependents.

RECORD OF DEPORTABLE/EXCLUDABLE ALIEN:
---------------------------------------
ENCOUNTER:
The subject, ELYEZER DIAS DOS SANTOS, hereinafter referred to as DIAS DOS SANTOS, came to the attention of the ERO Boston Secure Communities Interoperability Program due to his August 08, 2026, arrest by the Massachusetts State Police for motor vehicle violations. DIAS DOS SANTOS's fingerprints were electronically submitted to the Department of Justice, National Crime Information Center/Next Generation Identification System, and Department of Homeland Security/ICE database indices, including CIS, CLAIMS, PCQS, EARM, ENFORCE, NCIC, and IDENT.

The Pacific Enforcement Response Center (PERC) received an Immigration Alien Response (IAR) from the U.S. Immigration and Customs Enforcement (ICE) Law Enforcement Support Center (LESC) and notified ERO Boston via the Alien Criminal Response Information Management System (ACRIMe) that DIAS DOS SANTOS is a biometric match to A# 220222585, a citizen and national of Brazil. Upon review, it was determined that DIAS DOS SANTOS is amenable to ICE enforcement action. Forms I-247, Immigration Detainer Notice of Action, and I-200, Warrant of Arrest, were lodged with the Massachusetts State Police.

...(CONTINUED ON I-831)

F16313 HERNANDEZ
Deportation Officer
(Signature and Title of Immigration Officer)

Alien has been advised of communication privileges ______________ (Date/Initials)

Distribution:

Received: (Subject and Documents) (Report of Interview)
Officer: F16313 HERNANDEZ
on: August 9, 2026 (time)
Disposition: Detainer
Examining Officer: DURDEN, A 3707

U.S. Department of Homeland Security — Continuation Page for Form I-213

| Alien's Name | File Number | Date |
|---|---|---|
| DIAS DE SOUZA, ELYEZER | 220 222 585<br>Event No: BOS2608000428 | 08/09/2026 |

DIAS DOS SANTOS entered the United States without inspection or parole by an official of the United States
Government at the time of his entry. DIAS DOS SANTOS is amenable to removal from the United States under sections 212(a)(6)(A)(i) and 212(a)(7)(A)(i)(I) of the INA.

ARREST:
On August 04, 2026, Deportation Officers Steve Hayes, Holiness Ngu, Phung Nguyen, and I, Officer Fabian Hernandez of the ICE/ERO BFO SC Team, responded to the Methuen, MA Police Department. After DIAS DOS SANTOS's release from state custody, I approached DIAS DOS SANTOS at the rear exit of the police department, identified myself as an officer with Immigration and Customs Enforcement, and asked his name. He responded, "ELYEZER DIAS DOS SANTOS."

In accordance with the issued Form I-200, Warrant of Arrest, I informed DIAS DOS SANTOS that he was under arrest for violating U.S. immigration laws. DIAS DOS SANTOS was placed in full restraints, with the handcuffs double locked, placed in the rear of Officer Nguyen's government vehicle, and transported without incident to the Boston Field Office.

I interviewed DIAS DOS SANTOS and asked him several questions concerning his immigration status, entry into the United States, and criminal history. DIAS DOS SANTOS agreed to answer the questions, understood all questions in the English language, and made the following statements.

ALIENAGE:
DIAS DOS SANTOS claimed that he was born in Brazil and is a citizen of Brazil. DIAS DOS SANTOS claimed that he illegally entered the United States without inspection through the Mexican border at an unknown location on an unknown date. DIAS DOS SANTOS further claimed that he was not inspected, admitted, or paroled by an official of the United States Government at the time of his entry.

A search of the following indices indicated that DIAS DOS SANTOS has applications for a benefit under the Immigration and Nationality Act and makes no claim to United States citizenship: CIS, CLAIMS, PCQS, EARM, ENFORCE, NCIC, and IDENT.

DERIVATIVE CITIZENSHIP DATA:
DIAS DOS SANTOS claimed that his mother and father have no pending applications for a benefit under the Immigration and Nationality Act, and he made no claim to derivative citizenship in the United States. A search of the following indices provided no further information regarding DIAS DOS SANTOS, his parents, or any potential claim to United States citizenship: CIS, CLAIMS, EARM, ENFORCE, NCIC, IDENT, and PCQS.

IMMIGRATION HISTORY:
On an unknown date and at an unknown location, DIAS DOS SANTOS entered the United States without inspection or parole by an official of the United States Government at the time of his entry.

On July 3, 2021, DIAS DOS SANTOS was arrested by the United States Border Patrol. All members of the family unit were issued Notices to Appear.

CRIMINAL HISTORY:
A#: 220 222 585
FBI: R355MLD5V

On August 06, 2026, the Massachusetts State Police arrested DIAS DOS SANTOS for motor vehicle violations.

| Signature | Title |
|---|---|
| F16313 HERNANDEZ | Deportation Officer |

2 of 3 Pages

EOIR — 5 of 13

U.S. Department of Homeland Security

Continuation Page for Form I-213

| Alien's Name | File Number | Date |
|---|---|---|
| DIAS DE SOUZA, ELYEZER | 220 222 585<br>Event No: BOS2608000428 | 08/09/2026 |

GANG/TERRORIST AFFILIATION:
There is no evidence to suggest any gang affiliation. DIAS DOS SANTOS does not claim to have any gang affiliation.

CREDIBLE/REASONABLE FEAR:
DIAS DOS SANTOS made no fear claims regarding returning to Brazil.

MILITARY SERVICE:
DIAS DOS SANTOS made no claim to prior service in any branch of the U.S. military.

CHILDCARE/CUSTODY ISSUE:
DIAS DOS SANTOS claimed to be unmarried and reported that he has no children.

MEDICAL HISTORY:
DIAS DOS SANTOS claimed to be in good health.

IDENTITY DOCUMENTS:
DIAS DOS SANTOS was not in possession of any Brazilian identity documents but claimed to have a passport at his residence

OTHER IDENTIFYING NUMBERS
--------------------------
ALIEN-220222585
State Criminal Number/State Bureau Number-MA21302170
Other Biometric-1310664274

| Signature | Title |
|---|---|
| F16313 HERNANDEZ | Deportation Officer |

3 of 3 Pages

# U.S. Customs and Border Protection
# U.S. Department of Homeland Security
# NNSV Query Result

08/08/2026 20:48 EDT Generated By: [redacted] 

CR.MAIII0000
17:48 08/08/2026 54894
17:48 08/08/2026 01112 MAICE01T0
*NN99798906
TXT
HDR/2L01NN99798906
ATN/[redacted]
********************** CRIMINAL HISTORY RECORD **********************

Data As Of 2026-08-08

*************************** Introduction ***************************

This rap sheet was produced in response to the following request:

| | |
|---|---|
| FBI Number | R355MLD5V |
| State Id Number | MA21302170 () |
| Purpose Code | C |
| Attention | [redacted] |

The information in this rap sheet is subject to the following caveats:

************************** IDENTIFICATION **************************

Subject Name(s)

DIAS DE SOUZA, ELYEZER
DIAS DE SOUZA, ELYEZER (AKA)
DE SOUZA, AIZER (AKA)
DIAS DE SOUZA, ELYEZER (AKA)
DIAS DE SOUZA, ELYEZER (AKA)

Subject Description

State Id Number
MA21302170 (MA)
MA21302170 (MA)
MA21302170 (MA)

Social Security Number
370730662
370730662
370730662

| Sex | Race |
|---|---|
| Male | White |
| Male | White |
| Male | White |

| Height | Weight | Date of Birth |
|---|---|---|
| 5'09" (2025-01-12) | 165 (2025-01-12) | 2006-08-15 |
| 5'08" (2026-03-26) | 185 (2026-03-26) | 2006-08-15 |
| 5'08" (2026-08-08) | 170 (2026-08-08) | 2006-08-15 |

| Hair Color | Eye Color |
|---|---|
| Black (2025-01-12) | Brown (2025-01-12) |
| Black (2026-03-26) | Brown (2026-03-26) |
| Black (2026-08-08) | Brown (2026-08-08) |

Scars, Marks, and Tattoos

| Code | Description, Comments, and Images |
|---|---|
| Unknown Code | TAT RF ARM, |
| Unknown Code | TAT UR ARM, |

| Place of Birth | Citizenship |
|---|---|
| BRAZIL | Brazil (2025-01-12) |
| BRAZIL | |
| BRAZIL | |

Employment

| | |
|---|---|
| Employment as of | 2025-01-12 |
| Occupation | STUDENT |
| Employer | CONCORD CARLISLE HS,THOREAU STREET,CONCORD,MA |

Residence

| | |
|---|---|
| Residence as of | 2025-01-12<br>26 BRADFORD ST,CONCORD,MA,01742 |
| Residence as of | 2026-03-26<br>20 DARTMOUTH ST,MAYNARD,MA,01754 |

**For Official Use Only / Law Enforcement Sensitive**

**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**NNSV Query Result**

08/08/2026 20:48 EDT Generated By: [redacted] Page 3 of 6

```
Residence as of          2026-08-08
                         20 DARMOUTH ST,MAYNARD,MA,01754


Photo Images
Available Image               Identification
Capture Date                    2025-01-13
(No Photo Image Transmitted
Comment:Face - Right)
Available Image               Mugshot
Capture Date                    2025-01-13
(No Photo Image Transmitted
Comment:Face - Front)
Available Image               Identification
Capture Date                    2025-01-13
(No Photo Image Transmitted
Comment:Face - Left)
Available Image               Mugshot
Capture Date                    2026-08-08
(Transmitted Image Suppressed:
  Type: Format: Size:K  Comment:Face - Front)


**************************  CRIMINAL HISTORY  **************************

=============================== Cycle 001 ==============================
Earliest Event Date      2025-01-12
------------------------------------------------------------------------
Arrest Date              2025-01-12
Arresting Agency          MAYNARD PD
Subject's Name           DIAS DE SOUZA, ELYEZER
        Charge Literal   IDENTIFY SELF, MV OPERATOR REFUSE
              Severity   Unknown
        Charge Literal   LIGHTS VIOLATION, MV
              Severity   Unknown
        Charge Literal   WINDOW OBSTRUCTED/NONTRANSPARENT
              Severity   Unknown

------------------------------------------------------------------------
Court Disposition        (Cycle 001)
        Charge Literal   IDENTIFY SELF, MV OPERATOR REFUSE C90 S25
              Severity   Unknown
           Disposition   ( 2025-01-13; DISMISSED - REQUEST OF
                         COMMONWEALTH)
        Charge Literal   LIGHTS VIOLATION, MV * C90 S7
              Severity   Unknown
           Disposition   ( 2025-01-13; NOT RESPONSIBLE)
        Charge Literal   WINDOW OBSTRUCTED/NONTRANSPARENT * C90 S9D
              Severity   Unknown
           Disposition   ( 2025-01-13; NOT RESPONSIBLE)
=============================== Cycle 002 ==============================
Earliest Event Date      2026-03-26
------------------------------------------------------------------------
Arrest Date              2026-03-26
Arresting Agency          HUDSON PD
Subject's Name           DIAS DE SOUZA, ELYEZER
        Charge Literal   LICENSE SUSPENDED, OP MV WITH C90 S23
              Severity   Unknown
=============================== Cycle 003 ==============================
Earliest Event Date      2026-08-08
------------------------------------------------------------------------
Arrest Date              2026-08-08
Arresting Agency          SP CONCORD
Subject's Name           DIAS DE SOUZA, ELYEZER
        Charge Literal   LICENSE SUSPENDED, OP MV WITH C90 S23
              Severity   Unknown
        Charge Literal   90/20/B INSPECTION/STICKER, NO * C90 20
                         (90/20/B-0)
              Severity   Unknown
*************************  INDEX OF AGENCIES  **************************

Agency                   MAYNARD PD; ;

------------------------------------------------------------------------
Agency                   HUDSON PD; ;

------------------------------------------------------------------------
Agency                   SP CONCORD; ;


    * * * END OF RECORD * * *
```

U.S. Customs and Border Protection
U.S. Department of Homeland Security
NNSV Query Result



| RESPONSE | | |
|---|---|---|
| Source | Date and Time | Status |
| Nlets | 08/08/2026 20:48:18 | Unacknowledged |

# U.S. Customs and Border Protection
# U.S. Department of Homeland Security
# NNSV Query Result

08/08/2026 20:48 EDT Generated By: [redacted] Page 5 of 6

CR.WVFBINF00
17:48 08/08/2026 81244
17:48 08/08/2026 01111 MAICE01T0
*NN99798906
TXT
HDR/2L01NN99798906
ATN/NGUYEN, PHUNG THI MY
********************** CRIMINAL HISTORY RECORD ***********************

**************************** Introduction ****************************

This rap sheet was produced in response to the following request:

FBI Number R355MLD5V
Request Id NN99798906
Purpose Code [redacted]
Attention

The information in this rap sheet is subject to the following caveats:

This record is based only on the FBI number in your request-UCN:
R355MLD5V Because additions or deletions may be made at any time, a new
copy should be requested when needed for subsequent use.(US;
2026-08-08)

All entries contained in this FBI record are based on fingerprint
comparisons and pertain to the same individual.(US; 2026-08-08)

The use of this record is regulated by law. It is provided for official
use only and may be used only for the purpose requested.(US;
2026-08-08)

\- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
* FEDERAL DEOXYRIBONUCLEIC ACID (DNA) INDICATOR * * * * DNA NOT IN
CODIS - COLLECT DNA * * * - - - - - - - - - - - - - - - - - - - - - - -
\- - - - - - - - - - - - - -(US; 2026-08-08)

*************************** IDENTIFICATION ***************************

Subject Name(s)

DIAS DE SOUZA, ELYEZER
DE SOUZA, AIZER (AKA)
DE SOUZA, ELYEZER DIAS (AKA)

Subject Description

FBI Number R355MLD5V
State Id Number MA21302170 (MA)

Social Security Number
370730662

Miscellaneous Numbers
1310664274 FN
220222585 AR
5637081 NA

Sex: Male
Race: White

Height: 5'07"
Weight: 140
Date of Birth: 2006-08-15

Hair Color: Black
Eye Color: Brown
Fingerprint Pattern: RSAUAUAURSLSAULSAULS (Other)

Scars, Marks, and Tattoos

| Code | Description, Comments, and Images |
|---|---|
| TAT UR ARM | , TATTOO ON UPPER RIGHT ARM |
| TAT RF ARM | , TATTOO ON RIGHT FOREARM |

Place of Birth: Brazil
Citizenship: Brazil
Unknown

Fingerprint Images
(No Fingerprint Image Transmitted
Comment:)
Fingerprint Image Available FBI-CJIS DIV-CLRKSBG CLARKSBURG WVFBINF00

**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**NNSV Query Result**

08/08/2026 20:48 EDT Generated By [redacted] Page 6 of 6

```
Capture Date                     2021-07-03
(No Fingerprint Image Transmitted
Comment:BSI: 40370152121)

Photo Images
Photo Image Available         FBI-CJIS DIV-CLRKSBG CLARKSBURG WVFBINF00
Available Image               Other
Capture Date                     2021-07-03
(No Photo Image Transmitted
Comment:BSI: 40370152120)


************************** CRIMINAL HISTORY **************************

=============================== Cycle 001 ==============================
Earliest Event Date      2021-07-03
------------------------------------------------------------------------
Arrest Date              2021-07-03
Arrest Case Number       7062571961
Arresting Agency         AZCBP1700 CBP-OBP STATION HQS YUMA
Subject's Name           DIAS DE SOUZA,ELYEZER
Charge                   1
        Charge Literal   07/03/2021 00:07:27 ALIEN INADMISSIBILITY UNDER
                         SECTION 212
              Severity   Unknown
************************* INDEX OF AGENCIES **************************

Agency                   CBP-OBP STATION HQS; AZCBP1700;
Agency Telephone         928 341-6580
Agency Email Address
Address
                         4035 S AVE A
                         YUMA, AZ 85365


    * * * END OF RECORD * * *
```

EOIR — 11 of 13

**CJISWeb Printout Generated On: 08/08/2026 20:49:53**
**By User/Agency: [redacted] ICE - BOSTON**

# MA Criminal History (BOP)

**Results For -** Name: **DIAS DE SOUZA, YEZER;** Date of Birth: **08/15/2006**

```
              *** C I V I L   R E S T R A I N I N G   O R D E R ***
--------------------------------------------------------------------------------
Defendant: DESOUZA, ELYEZER DIAS          DOB: 08/15/06 PCF: 005637081
--------------------------------------------------------------------------------
Plaint: LIZA RADSTAKE
Street: 479 WEST STREET               City: CARLISLE                   ST: MA
--------------------------------------------------------------------------------
Docket:     23HA0137FH   Court: J49  Order: M.G.L. Chapter 258E Section:   5
Order Date: 12/04/23  Expiration Date:  08/15/24   Status:*** CLOSED-EXPIRED ***
                    *** *** ***  Court Orders  *** *** ***
 1.X Refrain from abuse                  2.X No contact stay at least  100 yds
 3.X Vacate/stay away resd     Bld       4.  Address Impounded
 5.  Stay away workplace                 6.  Custody of following to plaintiff


 7.  No contact with any child named in 6 or listed below: Stay at least      yd


     Stay away from school,daycare,other: (see order)
 8.  Visitation rights: See Order        9.  Support payment ordered
10.  Personal belongings pickup w/PD    11.  Compensation ordered
12.X Surrender guns,ammo,LIC,FID        13.X Other: See order
------------------------------------------------------------------------------
********************************************************************************
*                                                                              *
*                  ******* WARNING ******** WARNING ********                   *
*                                                                              *
*     THIS INFORMATION IS CORI.  IT IS NOT SUPPORTED BY FINGERPRINTS.          *
*PLEASE CHECK THAT THE NAME REFERENCED BELOW MATCHES THE NAME AND DATE OF BIRTH*
*OF THE PERSON REQUESTED.                                                      *
*                                                                              *
********************************************************************************

            **********    COMMONWEALTH OF MASSACHUSETTS    **********
               DEPARTMENT OF CRIMINAL JUSTICE INFORMATION SERVICES

                          *** PERSONS COURT SUMMARY ***

NAM: DESOUZA, ELYEZER DIAS          FORMAL-NAM: ELYEZER          PCF: 00005637081
DOB: 08/15/06   SEX: M  RAC: W      POB:                         SSN: 370730662
MOM:EDINEI UNK          POP:DE SOUZA        HGT: 509 WGT: 170 HAI: BRO EYE: BRO
ADDRESS: 20 DARTMOUTH ST, MAYNARD, MA

ALIAS:
     NAM: DIAS DE SOUZA, ELYEZER
     FORMAL-NAM: ELYEZER
     DOB: 08/15/06  SEX: M  RAC: W
     POB:                    SSN: 370730662
     MOM: EDINEI DIAS
```

EOIR – 12 of 13

Exh. 3

POP: CLAUDIO DE SOUZ
ADDRESS: 5 ELM STREET APT 1, ACTON, MA

COMMENTS:

***** ***** ***** ***** ADULT APPEARANCES ***** ***** ***** *****

ARRAIGNMENT: (0001)
ARG-DATE: 03/27/26 PD: HUD COURT: MARLBOROUGH DISTRICT DKT#: 2621CR000261
OFF: OPERATING AFTER SUSPENDED LIC MV OP SUS LIC
STATUS: C WPD: WDT:
DISP: 3/26/26 DISM

ARRAIGNMENT: (0002)
ARG-DATE: 10/09/25 PD: LIT COURT: AYER DISTRICT DKT#: 2548CR000870A
OFF: OPER NEGLIGENTLY MV OP NEG
STATUS: V WPD: WDT:
DISP: C 2/13/26 CWOF SP 8/13/26 VWF VN 8/13/26

ARRAIGNMENT: (0003)
ARG-DATE: 10/09/25 PD: LIT COURT: AYER DISTRICT DKT#: 2548CR000870B
OFF: OPERATING AFTER SUSPENDED LIC MV OP SUS LIC
STATUS: O WPD: WDT:
DISP: C 2/13/26 CC C 8/13/26

***** ***** ***** **** END OF ADULT APPEARANCES ***** ***** ***** *****

REQUESTED BY: [redacted]
COMPLETED BY: [redacted]
AGENCY: US ICE - BOSTON

---

**CJISWeb Printout Generated On: 08/08/2026 20:49:53**
**By User/Agency: [redacted]/US ICE - BOSTON**

# 3

**Jonatas Silva**
**Agape Law PC**
**200 Walnut St #1**
**Saugus, MA 01906**
**court@agapelawusa.com**
**(617)758-8598**

**DETAINED**

**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION**
**REVIEW IMMIGRATION COURT**
**CHELMSFORD, MASSACHUSETTS**

| | |
|---|---|
| In the Matter of:<br>Respondent(s) Name(s):<br><br>**DIAS DE SOUZA, Elyezer**<br><br>In Removal Proceedings | **Alien Registration Number:**<br>**A# 220-222-585** |

Immigration Judge: Frames, Kathryn E.

Next Hearing: August 20, 2026 at 01:00 PM.

**RESPONDENT'S SUPPLEMENTAL PRE-HEARING STATEMENT AND EVIDENCE PACKAGE IN SUPPORT OF CUSTODY REDETERMINATION HEARING**

**Jonatas Silva**
**Agape Law PC**
**200 Walnut St #1**
**Saugus, MA 01906**
**court@agapelawusa.com**
**(617)758-8598**

**DETAINED**

**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION**
**REVIEW IMMIGRATION COURT**
**CHELMSFORD, MASSACHUSETTS**

| | |
|---|---|
| In the Matter of:<br>Respondent(s) Name(s):<br><br>**DIAS DE SOUZA, Elyezer**<br><br>In Removal Proceedings | **Alien Registration Number:**<br>**A# 220-222-585** |

**RESPONDENT'S SUPPLEMENTAL PRE-HEARING STATEMENT AND EVIDENCE PACKAGE IN SUPPORT OF CUSTODY REDETERMINATION HEARING**

## I. INTRODUCTION

1. Respondent, Elyezer Dias De Souza, through undersigned counsel, respectfully submits this Supplemental Pre-Hearing Brief in support of his request for a custody redetermination and release on a reasonable bond pursuant to INA § 236(a).

2. Respondent, a twenty-year-old native and citizen of Brazil, was brought to the United States in or about July 2021, when he was fourteen years old. He did not choose the circumstances of his entry. He arrived as an accompanying minor child, traveling with both of his

parents, and he was released by U.S. Immigration and Customs Enforcement ("ICE") on July 10, 2021, on Form I-220A, Order of Release on Recognizance, as a child accompanying his parents.

3. Respondent has lived continuously in the United States for approximately five years since that release, and most recently with his father at 20 Dartmouth Street, Maynard, Massachusetts. He has a pending Application for Asylum and for Withholding of Removal (Form I-589). He graduated from Concord-Carlisle High School with the class of 2025. He holds a Massachusetts driver's license, has filed federal and Massachusetts income tax returns, maintains bank accounts in his own name, and has supported himself through lawful employment. He intends to enroll in college next semester.

4. Every member of Respondent's immediate family lives in the United States. His father, Claudio Antonio De Souza; his mother, Edinei Dias Queiroz De Souza; and his sister, Ludymila Dias de Souza, all reside in Massachusetts. His own asylum application, filed in 2022, lists his mother, father, and sister as his only parents and siblings. His sister recently gave birth to a second child whom Respondent has never met, and his two-year-old niece is closely bonded to him. Respondent has no independent life, household, residence, or support network in Brazil; he left that country as a child on June 25, 2021 and has not returned.

5. The Respondent has a sponsor who submitted a letter expressing a commitment to support the Respondent's reintegration into the community. The sponsor also assured the Court that he will help the Respondent comply with all court requirements and assist him in returning to a productive, law-abiding life.

6. Respondent was arrested by ICE on August 8, 2026, and has been detained at the Plymouth County Correctional Facility since that date. He turned twenty years old in ICE custody on August 15, 2026.

7. On August 13, 2026, the United States District Court for the District of Massachusetts (Kobick, J.) granted Respondent's petition for a writ of habeas corpus in *De Souza v. Moniz*, No. 1:26-cv-13639-JEK (D. Mass.), holding expressly that "Section 1226(a), governs De Souza's detention," and ordering Respondents to provide Respondent with a bond hearing within seven days. The threshold question of this Court's custody jurisdiction has therefore already been decided in Respondent's favor by a federal district court, and this hearing is held pursuant to that Order.

8. Respondent's entire record of contact with the criminal legal system consists of motor-vehicle matters. There is no allegation of violence, of any weapon, of any controlled substance, or of any offense involving fraud. No person other than Respondent himself has ever been injured in connection with any of these matters.

9. Respondent respectfully submits that DHS cannot carry its burden of proving by clear and convincing evidence that he is a danger to the community, nor its burden of proving by a preponderance of the evidence that he is a flight risk, as required by *Hernandez-Lara v. Lyons*, 10 F.4th 19, 41 (1st Cir. 2021). Respondent respectfully requests release on a reasonable bond, with any conditions of supervision this Court deems appropriate.

**II. JURISDICTION**

10. On August 9, 2026, Respondent filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 in the District of Massachusetts, *De Souza v. Moniz*, No. 1:26-cv-13639-JEK. The Government responded on August 13, 2026. That same day, District Judge Julia E. Kobick entered an Electronic Order granting the petition.

11. The Court held, in relevant part, that Section 1226(a), governs De Souza's

detention. The Court further held, quoting *Hernandez-Lara v. Lyons*, 10 F.4th 19, 41 (1st Cir. 2021), that bond may be denied only if the Government "(1) prove[s] by clear and convincing evidence that [the noncitizen] poses a danger to the community or (2) prove[s] by a preponderance of the evidence that [the noncitizen] poses a flight risk."

12. The District Court ordered Respondents to provide Respondent with a bond hearing within seven days of the Order and to file a status report within twenty-four hours of the Immigration Judge's decision.

13. Accordingly, This Court exercises custody jurisdiction under INA § 236(a), and the hearing is governed by the *Hernandez-Lara* burdens of proof as specified in the District Court's Order.

14. Independent of the habeas Order, Respondent is not an arriving alien within the meaning of the detention provisions at issue. He was not apprehended at a port of entry, was not placed in expedited removal proceedings under INA § 235(b)(1), and was not detained upon arrival. He was released into the interior of the United States as a minor child in July 2021 and has resided here continuously for approximately five years. He was arrested in Massachusetts five years after his release.

15. On August 13, 2026, the United States Court of Appeals for the First Circuit affirmed the District of Massachusetts in *Guerrero Orellana v. Moniz*, Nos. 25-2152, 26-1094 (1st Cir. Aug. 13, 2026) (Montecalvo, J., joined by Lynch, J.; Dunlap, J., dissenting). The Court held: "Because we conclude that the term 'seeking admission' means seeking lawful entry, and Guerrero Orellana already entered the country unlawfully, we hold that he is not 'seeking admission.' For this reason, and others discussed below, we agree with the district court that Guerrero Orellana and his fellow class members' detention (and eligibility for release) are governed by § 1226(a),

not § 1225(b)(2)(A)."

16. The First Circuit explained that "a noncitizen is 'seeking admission' if they are trying to gain lawful entry into the United States after inspection and authorization by an immigration officer," and that § 1225(b)(2)(A) "applies only if an applicant for admission is seeking lawful entry to the United States and an immigration officer determines that he or she is not 'clearly and beyond a doubt' entitled to lawfully enter." The Court summarized its holding as follows: "In sum, our careful study of the disputed statutory texts leads us to join the Second, Sixth, Seventh, Ninth, Tenth, and Eleventh Circuits in holding that noncitizens like Guerrero Orellana who are present in the United States without admission are not subject to § 1225(b)(2)(A)'s mandatory detention provision, but rather, are governed by § 1226."

17. That affirmance leaves standing the district court's declaratory judgment of December 19, 2025 in *Guerrero Orellana v. Moniz*, 802 F. Supp. 3d 297 (D. Mass. 2025) (Saris, J.), which declared that "the members of the certified class are not subject to detention under 8 U.S.C. § 1225(b)(2)" and instead "are subject to detention under 8 U.S.C. § 1226(a), including access to consideration for release on bond and/or conditions before immigration officers and Immigration Judges."

**III. RESPONDENT DOES NOT POSE A DANGER TO THE COMMUNITY**

18. Respondent has never been charged with a crime of violence, a weapons offense, a controlled substance offense, or a crime of fraud. In an incident involving physical injury, Respondent himself was the only person injured.

19. Respondent's record traces back to a series of civil equipment citations issued for unlawful window tinting on the vehicle he drove as a teenager. The accumulation of those citations

resulted in the suspension of his Massachusetts driver's license. Every subsequent charge is derivative of that suspension.

20. Respondent's record reflects a young man who lost his license over vehicle-equipment violations and then continued to drive, wrongly, as he now understands, in a Massachusetts community where driving is a practical necessity for work and school. **The conduct is not condoned, but it is not dangerousness within the meaning of § 236(a).**

21. The Department of Homeland Security has also submitted a Civil Harassment Prevention Order issued under M.G.L. c. 258E on December 4, 2023, when Respondent was seventeen years old (Docket No. 23HA0137FH). That order expired on August 15, 2024, and is listed as CLOSED-EXPIRED. No criminal charge was ever filed in connection with the underlying allegation, and Respondent has never been convicted of any offense against a person. Respondent and his mother maintain that the allegation was made by a fellow student, involved an unsubstantiated claim of physical contact in a school hallway, and was investigated by the school, which reviewed available surveillance footage and declined to take further action. Respondent further maintains that the same student had made similar unsubstantiated claims against other students. These underlying facts are not reflected in the limited documentation submitted by DHS. What the record does show is that the order was purely civil, that it has been expired for more than a year, and that it produced no criminal prosecution or conviction of any kind. Under the factors set forth in *Matter of Guerra*, 24 I&N Dec. 37 (BIA 2006), this single, long-expired civil order issued when Respondent was a minor, unaccompanied by any criminal charge, conviction, or evidence of violence, does not establish by clear and convincing evidence that Respondent currently poses a danger to the community. The remainder of Respondent's record consists exclusively of motor-vehicle violations.

22. Respondent is twenty years old. He arrived in this country at fourteen. His record consists of driving offenses flowing from a single administrative license suspension. Under any reasonable application of the *Guerra* dangerousness factors, this is not a record from which a court could find, by clear and convincing evidence, that release would endanger the community. The appropriate response to unlicensed driving is license reinstatement, insurance, and supervision, conditions this Court is empowered to impose, not indefinite civil detention.

23. Respondent is prepared to accept, as conditions of release, a prohibition on operating any motor vehicle until his license is lawfully reinstated, and any reporting, monitoring, or electronic-supervision condition the Court or DHS deems appropriate.

**IV. RESPONDENT DOES NOT POSE A FLIGHT RISK**

24. Respondent has resided in the United States continuously for approximately five years, since the age of fourteen. He will return to his family residence upon release.

25. Respondent's father, Claudio Antonio De Souza, his mother, Edinei Dias Queiroz De Souza; and his sister, Ludymila Dias de Souza, all live in Massachusetts. He was raised in this country by these parents from the age of fourteen. His sister has submitted a letter describing him as honest, hardworking, and generous, explaining that her two-year-old daughter is deeply attached to her uncle, and that she has recently given birth to a child she wants Respondent to meet. The family is suffering acutely from his absence.

26. Respondent has no spouse, no children, no home, no employment, and no support network in Brazil. He left Brazil as a child. A person with no life to return to and every attachment here has no rational incentive to abscond.

27. The Respondent has a sponsor who submitted a letter expressing a commitment to

support the Respondent's reintegration into the community. The sponsor also assured the Court that he will help the Respondent comply with all court requirements and assist him in returning to a productive, law-abiding life.

28. Respondent filed his Application for Asylum and for Withholding of Removal (Form I-589). A respondent actively pursuing a statutory form of relief has every incentive to appear. Absconding would forfeit the very protection he and his family are seeking.

29. Respondent graduated from Concord-Carlisle High School with the class of 2025. He intends to apply to College for enrollment this year and wishes to do so upon release. Immediately before his arrest Respondent started working for a construction company. Prior to that position he was self-employed.

30. Respondent maintains a bank account in his own name. Respondent filed both federal and Massachusetts income tax returns for tax year 2025. Respondent also holds a Massachusetts driver's license.

31. Respondent was released on an I-220A in July 2021, obtained work authorization, and pursued relief.

32. Respondent has submitted a letter of support from his sister, Ludymila Dias de Souza, who describes him as "a good, honest, hardworking young man with a generous heart" who has "always [been] a present and beloved person in all of our lives," and who asks the Court to consider "not only the situation he is going through, but also the person he is, his history, his character, and the love his family has for him."

33. The Respondent has submitted multiple letters of support from family and community members, all attesting to his good moral character, strong family ties, and positive role in the community. These letters describe the hardship his detention has caused his loved ones,

confirm that he has a stable residence and family support upon release, and demonstrate that he has a reliable network of individuals committed to assisting his reintegration into the community. Collectively, they establish that the Respondent has strong community ties and a dependable support system that will help ensure his compliance with all court requirements and his appearance at future immigration proceedings.

**V. RESPONDENT WILL NOT BECOME A PUBLIC CHARGE AND HAS AN AVAILABLE PATH TO LEGALIZATION**

34. Respondent has supported himself through lawful employment. He has a bank account, and filed tax record. He will reside with his father who will provide housing and support. There is no reasonable basis to conclude that release would burden public resources.

35. The Respondent has a sponsor who submitted a letter expressing a commitment to support the Respondent's reintegration into the community. The sponsor also assured the Court that he will help the Respondent comply with all court requirements and assist him in returning to a productive, law-abiding life.

36. Respondent also has a pending, legitimate statutory avenue to lawful status. He filed application for asylum, withholding of removal, and protection under the Convention Against Torture that is pending before the Immigration Court. Continued detention serves no legitimate purpose under § 236(a) where a respondent is self-supporting, family-supported, and actively pursuing relief.

37. Finally, the equities of Respondent's situation deserve the Court's attention. Respondent was brought to the United States as a child. He did not choose to come, did not choose the manner of his entry, and did not choose to be undocumented. He was fourteen years old. Every

formative experience of his adolescence (his schooling, his graduation, his first job, his family life) occurred in Massachusetts. He turned twenty years old inside a county correctional facility. He asks only for the opportunity to return to his family, reinstate his license lawfully, enroll in college, and appear at every hearing in his case.

## VI. REQUEST FOR RELIEF

38. For the foregoing reasons, Respondent respectfully requests that this Court:

a. Assume jurisdiction over Respondent's custody pursuant to INA § 236(a);

b. Conclude that the Department of Homeland Security has failed to establish, by clear and convincing evidence, that Respondent presents a danger to the community;

c. Conclude that the Department of Homeland Security has failed to establish, by a preponderance of the evidence, that Respondent presents a risk of flight;

d. Order Respondent's release upon the posting of a reasonable monetary bond;

e. Alternatively, order Respondent's release under any conditions of supervision deemed appropriate pursuant to INA § 236(a), including a prohibition on operating a motor vehicle until his license is lawfully reinstated, and any reporting or electronic-monitoring requirement; and

f. Grant such other and further relief as this Court deems just and proper.

Respectfully submitted,

Date: August 19, 2026

Jonatas Silva

Jonatas Silva
Agape Law PC
200 Walnut Street, #1
Saugus, MA 01906
court@agapelawusa.com
(617) 758-8598

**Jonatas Silva**
**Agape Law PC**
**200 Walnut St #1**
**Saugus, MA 01906**
**court@agapelawusa.com**
**(617)758-8598**

**DETAINED**

**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION**
**REVIEW IMMIGRATION COURT**
**CHELMSFORD, MASSACHUSETTS**

| | |
|---|---|
| In the Matter of:<br>Respondent(s) Name(s):<br><br>**DIAS DE SOUZA, Elyezer**<br><br>In Removal Proceedings | **Alien Registration Number:**<br>**A# 220-222-585** |

## LIST OF EXHIBITS

**Exhibit A** — Electronic Order granting Petition for Writ of Habeas Corpus, De Souza v. Moniz, No. 1:26-cv-13639-JEK (D. Mass. Aug. 13, 2026) (Kobick, J.), holding that 8 U.S.C. § 1226(a) governs Respondent's detention and ordering a bond hearing within seven days ...................... 1-4

**Exhibit B** — Order of Release on Recognizance (I-220A) Data Sheet for FAMU with ATD Agreement, dated July 10, 2021, listing Respondent, A# 220-222-585, DOB August 15, 2006, as an accompanying child ........................................................................................................ 5-6

**Exhibit C** — Respondent's Application for Asylum, for Withholding of Removal and protection under the Convention Against Torture (Form I-589) ............................................................. 7-11

**Exhibit D** — Massachusetts Driver's License of Respondent............................................... 12-13

**Exhibit E** — Letter of Support from the Sponsor with Supporting Documentation..........14-19

**Exhibit F** — Letters of Support from Family Members and Friends .................................... 20-33

**Exhibit G** — High School Diploma, Concord-Carlisle High School.................................... 34-35

**Exhibit H** — Federal and Massachusetts Income Tax Returns, Tax Year 2025 .................... 36-38

**Exhibit I** — Proofs of Residence..............................................................39-41

**Exhibit J** — Certificate of Completion / enrollment documentation, National Highway Safety Council driver-safety course (court-ordered condition, completed) ...................................... 42-43

**Exhibit K** — Photographs of Respondent with His Family and Demonstrating Employment History.....................................................................................44-54

# A

# United States District Court
# District of Massachusetts (Boston)
# CIVIL DOCKET FOR CASE #: 1:26-cv-13639-JEK

De Souza v. Moniz et al
Assigned to: District Judge Julia E. Kobick
Cause: 28:2241 Petition for Writ of Habeas Corpus (federa

Date Filed: 08/09/2026
Jury Demand: None
Nature of Suit: 463 Habeas Corpus - Alien Detainee
Jurisdiction: U.S. Government Defendant

**Petitioner**

**Elyezer Dias De Souza** represented by **Jonatas Silva**
Agape Law PC
200 Walnut St
Ste 1
Saugus, MA 01906
857-891-3628
Email: jonatas@agapelawusa.com
*ATTORNEY TO BE NOTICED*

V.

**Respondent**

**Antone Moniz**
*Superintendent Plymouth County Correctional Facility*
represented by **Benjamin Tolkoff**
United States Attorney's Office MA
1 Courthouse Way
Suite 9200
Boston, MA 02210
(617) 748-3183
Email: benjamin.tolkoff@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Respondent**

**Timothy Baptiste**
*Supervisory ICE Officer*
represented by **Benjamin Tolkoff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Respondent**

**Patricia Hyde**
*Field Office Director*
represented by **Benjamin Tolkoff**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Respondent**

**Michael Krol**
*HSI New England Special Agent in Charge*
represented by **Benjamin Tolkoff**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Respondent**

**Todd M Lyons**
*Acting Director of ICE*
represented by **Benjamin Tolkoff**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Respondent**

**Markwayne Mullin**
*U.S. Secretary of Homeland Security*

represented by **Benjamin Tolkoff**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/09/2026 | 1 | PETITION for Writ of Habeas Corpus (2241) Filing fee: $ 5, receipt number AMADC-11946341 Fee status: Filing Fee paid., filed by Elyezer Dias De Souza. (Attachments: # 1 Civil Cover Sheet, # 2 Category Form)(Silva, Jonatas) Modified on 8/10/2026 **Removing Duplicate Text** (NMC). (Entered: 08/09/2026) |
| 08/10/2026 | 2 | ELECTRONIC NOTICE of Case Assignment. District Judge Julia E. Kobick assigned to case. If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Paul G. Levenson. (SP) (Entered: 08/10/2026) |
| 08/10/2026 | 3 | General Order 19-02, dated June 1, 2019 regarding Public Access to Immigration Cases Restricted by Federal Rule of Civil Procedure 5.2(c). (Currie, Haley) (Entered: 08/10/2026) |
| 08/10/2026 | 4 | District Judge Julia E. Kobick: ORDER CONCERNING SERVICE OF PETITION AND STAY OR TRANSFER OF REMOVAL entered.<br><br>The answer or responsive pleading is due no later than August 17, 2026. (Currie, Haley) (Entered: 08/10/2026) |
| 08/10/2026 | 5 | Copies of the following were mailed to all respondents on 8/10/2026: 1 Petition for Writ of Habeas Corpus (2241) and 4 Order Concerning Service of Petition and Stay or Transfer of Removal (Currie, Haley) (Entered: 08/10/2026) |
| 08/13/2026 | 6 | RESPONSE/ANSWER to 1 Petition for Writ of Habeas Corpus (2241), by Patricia Hyde, Michael Krol, Todd M Lyons, Antone Moniz, Markwayne Mullin. (Tolkoff, Benjamin) (Entered: 08/13/2026) |
| 08/13/2026 | 7 | District Judge Julia E. Kobick: ELECTRONIC ORDER entered.<br><br>Petitioner Elyezer Dias De Souza, a citizen of Brazil who entered the United States approximately five years ago, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 on August 9, 2026 seeking his immediate release or, alternatively, a bond hearing pursuant to 8 U.S.C. § 1226(a). ECF 1 , ¶¶ 1-3, 9. He was arrested and detained by the U.S. Immigration and Customs Enforcement ("ICE") on August 8, 2026. *Id.* ¶ 2. De Souza remains in ICE's custody at Plymouth County Correctional Facility in Plymouth, Massachusetts. *Id.* ¶ 9.<br><br>The respondents argue that De Souza is lawfully detained as an applicant for admission under 8 U.S.C. § 1225(b). They acknowledge, however, that "the legal issues presented in this Petition are similar to those addressed by this Court in" *Gomes v. Hyde*, 804 F. Supp. 3d 265 (D. Mass. 2025), *dos Santos v. Noem*, No. 25-cv-12052-JEK, 2025 WL 2370988 (D. Mass. Aug. 14, 2025), and *Sampiao v. Hyde*, 799 F. Supp. 3d 14 (D. Mass. 2025). ECF 6 , at 1. In those cases, this Court held that 8 U.S.C. § 1226(a)—not Section 1225(b)—governed the petitioner's detention. *Gomes*, 804 F. Supp. 3d at 275-76; *dos Santos*, 2025 WL 2370988, at *7; *Sampiao*, 799 F. Supp. 3d at 27-28. The respondents contend that "[s]hould the Court follow its reasoning in *Gomes*, *dos Santos*, and *Sampiao*, it would reach the same result here." ECF 6 , at 1. The Court agrees and therefore concludes that Section 1226(a), not Section 1225(b), governs De Souza's detention.<br><br>Noncitizens like De Souza "detained under Section 1226(a) have the right to request a bond hearing before an Immigration Judge, at which the government bears the burden to prove that continued detention is justified." *Sampiao*, 799 F. Supp. 3d at 19-20. Bond may be denied only if the government "either (1) prove[s] by clear and convincing evidence that [the noncitizen] poses a danger to the community or (2) prove[s] by a preponderance of the evidence that [the noncitizen] poses a flight risk." *Hernandez-Lara v. Lyons*, 10 F.4th 19, 41 (1st Cir. 2021).<br><br>For the foregoing reasons, De Souza's petition for a writ of habeas corpus under 28 U.S.C. § 2241, ECF 1 , is **GRANTED**. The respondents are **ORDERED** to provide him with a bond hearing pursuant to 8 U.S.C. § 1226(a) within 7 days of this Order. The respondents are further **ORDERED** to file a status |

EOIR — 16 of 68

Exh. 2 -

| | | |
|---|---|---|
| | | report within 24 hours of the Immigration Judge's decision on bond, stating whether De Souza has been granted bond, and, if his request for bond was denied, the reasons for that denial, or whether he has been released, and if so, the date, time, and location of his release. The respondents should include a copy of the Immigration Judge's decision with their status report. (Currie, Haley) (Entered: 08/13/2026) |
| 08/13/2026 | 8 | NOTICE of Appearance by Benjamin Tolkoff on behalf of Timothy Baptiste, Patricia Hyde, Michael Krol, Todd M Lyons, Antone Moniz, Markwayne Mullin (Tolkoff, Benjamin) (Entered: 08/13/2026) |

---

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 08/13/2026 18:54:56 | | | |
| **PACER Login:** | JonatasSilva | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:26-cv-13639-JEK |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |

# B

## OREC (I-220A) Data Sheet for FAMU w/ATD Agreement

Today's Date: 07/10/2021
Report Date: 07/28/2021 Report Time: 10:00 am

Parent Name: De Souza, Claudio Antonio
Parent A#: 220 222 583 DOB: 11/29/1972 COC: BRAZIL

GO Print

Parent Name: Dias Queiroz De Souza, Edinei
Parent A#: 220 222 584 DOB: 10/29/1978 COC: BRAZIL

GO Print

Sponsor Address:

139 CENTRAL AVE
AYER, MA 01432

Comment/Alert:
BOS/BOS

Sponsor Phone: (351) 209-7733

Newark (NJ) Denver
San Francisco San Diego
Los Angeles Seattle
New York City El Paso
Detroit Miami

DD?

Print Flyer/Cklst
(Set to duplex)

Reporting Office:
(Address | City, State | Phone)
1000 District Avenue | Burlington, MA 01803 | 781-359-7500

DCO: BOS

Issuing Officer: W.GRASSMAN
Deportation Officer

Reviwing SDDO Information:

R. Machado, SDDO, Tucson, AZ

ALIEN COPY

### Children Accompanying

Child Name: Dias De Souza, Elyezer
Child A#: 220 222 585 DOB: 8/15/2006

GO Print

Child Name:
Child A#: DOB:

GO Print

Child Name:
Child A#: DOB:

GO Print

Child Name:
Child A#: DOB:

GO Print

# C

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**U.S. Department of Justice**
Executive Office for Immigration Review

OMB No. 1615-0067; Expires 01/31/2023

# I-589, Application for Asylum and for Withholding of Removal

**START HERE - Type or print in black ink. See the instructions for information about eligibility and how to complete and file this application. There is no filing fee for this application.**

**NOTE:** ☒ Check this box if you also want to apply for withholding of removal under the Convention Against Torture.

## Part A.I. Information About You

| | | |
|---|---|---|
| **1.** Alien Registration Number(s) (A-Number) *(if any)*: 220225585 | **2.** U.S. Social Security Number *(if any)*: N/A | **3.** USCIS Online Account Number *(if any)*: N/A |
| **4.** Complete Last Name: DIAS DE SOUZA | **5.** First Name: ELYEZER | **6.** Middle Name: N/A |

**7.** What other names have you used *(include maiden name and aliases)?* N/A

**8.** Residence in the U.S. *(where you physically reside)*

| | | | |
|---|---|---|---|
| Street Number and Name: 26 BRADFORD ST | | | Apt. Number: N/A |
| City: CONCORD | State: MA | Zip Code: 01742 | Telephone Number: ( 857 ) 3185887 |

**9.** Mailing Address in the U.S. *(if different than the address in Item Number 8)*

| | | |
|---|---|---|
| In Care Of *(if applicable)*: N/A | | Telephone Number: ( N/A ) N/A |
| Street Number and Name: N/A | | Apt. Number: N/A |
| City: N/A | State: N/A | Zip Code: N/A |

**10.** Gender: ☒ Male ☐ Female

**11.** Marital Status: ☒ Single ☐ Married ☐ Divorced ☐ Widowed

| | | | |
|---|---|---|---|
| **12.** Date of Birth *(mm/dd/yyyy)*: 08/15/2006 | **13.** City and Country of Birth: COLNIZA/BRAZIL | | |
| **14.** Present Nationality *(Citizenship)*: BRAZILIAN | **15.** Nationality at Birth: BRAZILIAN | **16.** Race, Ethnic, or Tribal Group: LATIN | **17.** Religion: N/A |

**18.** *Check the box, a through c, that applies:* **a.** ☐ I have never been in Immigration Court proceedings.
**b.** ☒ I am now in Immigration Court proceedings. **c.** ☐ I am **not** now in Immigration Court proceedings, but I have been in the past.

**19.** *Complete 19 a through c.*

**a.** When did you last leave your country? *(mm/dd/yyyy)* 06/25/2021 **b.** What is your current I-94 Number, if any? N/A

**c.** List each entry into the U.S. beginning with your most recent entry. *List date (mm/dd/yyyy), place, and your status for each entry. (Attach additional sheets as needed.)*

| Date | Place | Status | Date Status Expires |
|---|---|---|---|
| 07/10/2021 | ARIZONA | EWI | N/A |
| N/A | N/A | N/A | |
| N/A | N/A | N/A | |

| | | |
|---|---|---|
| **20.** What country issued your last passport or travel document? BRAZIL | **21.** Passport Number GC542504<br>Travel Document Number N/A | **22.** Expiration Date *(mm/dd/yyyy)*: 05/25/2026 |
| **23.** What is your native language *(include dialect, if applicable)?* BRAZILIAN PORTUGUESE | **24.** Are you fluent in English? ☐ Yes ☒ No | **25.** What other languages do you speak fluently? N/A |

| | | |
|---|---|---|
| **For EOIR use only.** | **For USCIS use only.** **Action:** Interview Date: ______ Asylum Officer ID No.: ______ | **Decision:** Approval Date: ______ Denial Date: ______ Referral Date: ______ |

## Part A.II. Information About Your Spouse and Children

**Your spouse** ☒ I am not married. (Skip to **Your Children** below.)

| | | | |
|---|---|---|---|
| 1. Alien Registration Number (A-Number) *(if any)*<br>N/A | 2. Passport/ID Card Number *(if any)*<br>N/A | 3. Date of Birth *(mm/dd/yyyy)*<br>N/A | 4. U.S. Social Security Number *(if any)*<br>N/A |
| 5. Complete Last Name<br>N/A | 6. First Name<br>N/A | 7. Middle Name<br>N/A | 8. Other names used *(include maiden name and aliases)*<br>N/A |
| 9. Date of Marriage *(mm/dd/yyyy)*<br>N/A | 10. Place of Marriage<br>N/A | 11. City and Country of Birth<br>N/A | |
| 12. Nationality *(Citizenship)*<br>N/A | 13. Race, Ethnic, or Tribal Group<br>N/A | 14. Gender<br>☐ Male ☐ Female | |
| 15. Is this person in the U.S.?<br>☐ Yes *(Complete Blocks 16 to 24.)* ☐ No *(Specify location):* N/A | | | |
| 16. Place of last entry into the U.S.<br>N/A | 17. Date of last entry into the U.S. *(mm/dd/yyyy)*<br>N/A | 18. I-94 Number *(if any)*<br>N/A | 19. Status when last admitted *(Visa type, if any)*<br>N/A |
| 20. What is your spouse's current status?<br>N/A | 21. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)*<br>N/A | 22. Is your spouse in Immigration Court proceedings?<br>☐ Yes ☐ No | 23. If previously in the U.S., date of previous arrival *(mm/dd/yyyy)*<br>N/A |

24. If in the U.S., is your spouse to be included in this application? *(Check the appropriate box.)*

☐ Yes *(Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*

☐ No

**Your Children.** List **all** of your children, regardless of age, location, or marital status.

☒ I do not have any children. *(Skip to Part A.III., Information about your background.)*

☐ I have children. Total number of children: ________.

(**NOTE:** *Use Form I-589 Supplement A or attach additional sheets of paper and documentation if you have more than four children.)*

| | | | |
|---|---|---|---|
| 1. Alien Registration Number (A-Number) *(if any)*<br>N/A | 2. Passport/ID Card Number *(if any)*<br>N/A | 3. Marital Status *(Married, Single, Divorced, Widowed)*<br>N/A | 4. U.S. Social Security Number *(if any)*<br>N/A |
| 5. Complete Last Name<br>N/A | 6. First Name<br>N/A | 7. Middle Name<br>N/A | 8. Date of Birth *(mm/dd/yyyy)*<br>N/A |
| 9. City and Country of Birth<br>N/A | 10. Nationality *(Citizenship)*<br>N/A | 11. Race, Ethnic, or Tribal Group<br>N/A | 12. Gender<br>☐ Male ☐ Female |
| 13. Is this child in the U.S. ? ☐ Yes *(Complete Blocks 14 to 21.)* ☐ No *(Specify location):* N/A | | | |
| 14. Place of last entry into the U.S.<br>N/A | 15. Date of last entry into the U.S. *(mm/dd/yyyy)*<br>N/A | 16. I-94 Number *(If any)*<br>N/A | 17. Status when last admitted *(Visa type, if any)*<br>N/A |
| 18. What is your child's current status?<br>N/A | 19. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)*<br>N/A | 20. Is your child in Immigration Court proceedings?<br>☐ Yes ☐ No | |

21. If in the U.S., is this child to be included in this application? *(Check the appropriate box.)*

☐ Yes *(Attach one photograph of your child in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*

☐ No

## Part A.II. Information About Your Spouse and Children (Continued)

| | | | |
|---|---|---|---|
| 1. Alien Registration Number (A-Number) *(if any)* N/A | 2. Passport/ID Card Number *(if any)* N/A | 3. Marital Status *(Married, Single, Divorced, Widowed)* N/A | 4. U.S. Social Security Number *(if any)* N/A |
| 5. Complete Last Name N/A | 6. First Name N/A | 7. Middle Name N/A | 8. Date of Birth *(mm/dd/yyyy)* N/A |
| 9. City and Country of Birth N/A | 10. Nationality *(Citizenship)* N/A | 11. Race, Ethnic, or Tribal Group N/A | 12. Gender ☐ Male ☐ Female |

13. Is this child in the U.S. ? ☐ Yes *(Complete Blocks 14 to 21.)* ☐ No *(Specify location):* N/A

| | | | |
|---|---|---|---|
| 14. Place of last entry into the U.S. N/A | 15. Date of last entry into the U.S. *(mm/dd/yyyy)* N/A | 16. I-94 Number *(If any)* N/A | 17. Status when last admitted *(Visa type, if any)* N/A |
| 18. What is your child's current status? N/A | 19. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* N/A | 20. Is your child in Immigration Court proceedings? ☐ Yes ☐ No | |

21. If in the U.S., is this child to be included in this application? *(Check the appropriate box.)*
☐ Yes *(Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*
☐ No

| | | | |
|---|---|---|---|
| 1. Alien Registration Number (A-Number) *(if any)* N/A | 2. Passport/ID Card Number *(if any)* N/A | 3. Marital Status *(Married, Single, Divorced, Widowed)* N/A | 4. U.S. Social Security Number *(if any)* N/A |
| 5. Complete Last Name N/A | 6. First Name N/A | 7. Middle Name N/A | 8. Date of Birth *(mm/dd/yyyy)* N/A |
| 9. City and Country of Birth N/A | 10. Nationality *(Citizenship)* N/A | 11. Race, Ethnic, or Tribal Group N/A | 12. Gender ☐ Male ☐ Female |

13. Is this child in the U.S. ? ☐ Yes *(Complete Blocks 14 to 21.)* ☐ No *(Specify location):* N/A

| | | | |
|---|---|---|---|
| 14. Place of last entry into the U.S. N/A | 15. Date of last entry into the U.S. *(mm/dd/yyyy)* N/A | 16. I-94 Number *(If any)* N/A | 17. Status when last admitted *(Visa type, if any)* N/A |
| 18. What is your child's current status? N/A | 19. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* N/A | 20. Is your child in Immigration Court proceedings? ☐ Yes ☐ No | |

21. If in the U.S., is this child to be included in this application? *(Check the appropriate box.)*
☐ Yes *(Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*
☐ No

| | | | |
|---|---|---|---|
| 1. Alien Registration Number (A-Number) *(if any)* N/A | 2. Passport/ID Card Number *(if any)* N/A | 3. Marital Status *(Married, Single, Divorced, Widowed)* N/A | 4. U.S. Social Security Number *(if any)* N/A |
| 5. Complete Last Name N/A | 6. First Name N/A | 7. Middle Name N/A | 8. Date of Birth *(mm/dd/yyyy)* N/A |
| 9. City and Country of Birth N/A | 10. Nationality *(Citizenship)* N/A | 11. Race, Ethnic, or Tribal Group N/A | 12. Gender ☐ Male ☐ Female |

13. Is this child in the U.S. ? ☐ Yes *(Complete Blocks 14 to 21.)* ☐ No *(Specify location):* N/A

| | | | |
|---|---|---|---|
| 14. Place of last entry into the U.S. N/A | 15. Date of last entry into the U.S. *(mm/dd/yyyy)* N/A | 16. I-94 Number *(If any)* N/A | 17. Status when last admitted *(Visa type, if any)* N/A |
| 18. What is your child's current status? N/A | 19. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* N/A | 20. Is your child in Immigration Court proceedings? ☐ Yes ☐ No | |

21. If in the U.S., is this child to be included in this application? *(Check the appropriate box.)*
☐ Yes *(Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*
☐ No

## Part A.III. Information About Your Background

1. List your last address where you lived before coming to the United States. If this is not the country where you fear persecution, also list the last address in the country where you fear persecution. *(List Address, City/Town, Department, Province, or State and Country.)*
*(**NOTE:** Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Number and Street *(Provide if available)* | City/Town | Department, Province, or State | Country | Dates From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|---|---|
| 76 CHICO MENDES AVENUE | CUIABA | MATO GROSSO | BRAZIL | 08/2013 | 06/2021 |
| N/A | N/A | N/A | N/A | N/A | N/A |

2. Provide the following information about your residences during the past 5 years. List your present address first.
*(**NOTE:** Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Number and Street | City/Town | Department, Province, or State | Country | Dates From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|---|---|
| 26 BRADFORD ST | CONCORD | MASSACHUSETTS | USA | 10/2021 | Present |
| 139 CENTRAL AVENUE | AYER | MASSACHUSETTS | USA | 07/2021 | 10/2021 |
| 76 CHICO MENDES AVENUE | CUIABA | MATO GROSSO | BRAZIL | 08/2013 | 06/2021 |
| N/A | N/A | N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A | N/A | N/A |

3. Provide the following information about your education, beginning with the most recent school that you attended.
*(**NOTE:** Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Name of School | Type of School | Location *(Address)* | Attended From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|---|
| CONCORD CARLISLE HIGH SCHOOL | HIGH SCHOOL | CONCORD/MASSACHUSETTS | 06/2021 | Present |
| ESCOLA E. RODOLFO AUGUSTO | MIDDLE SCHOOL | MATO GROSSO/BRAZIL | 03/2020 | 06/2021 |
| ESCOLA ESTADUAL TONATITA | ELEMENTARY SCHOOL | MATO GROSSO/BRAZIL | 03/2014 | 10/2019 |
| N/A | N/A | N/A | N/A | N/A |

4. Provide the following information about your employment during the past 5 years. List your present employment first.
*(**NOTE:** Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Name and Address of Employer | Your Occupation | Dates From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |

5. Provide the following information about your parents and siblings (brothers and sisters). Check the box if the person is deceased.
(**NOTE:** *Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Full Name | City/Town and Country of Birth | Current Location |
|---|---|---|
| *Mother* EDINEI D.Q. DE SOUZA | MATO GROSSO/BRAZIL | ☐ Deceased USA |
| *Father* CLAUDIO ANTONIO D SOUZA | RONDONIA/BRAZIL | ☐ Deceased USA |
| *Sibling* LUDYMILA DIAS DE SOUZA | RONDONIA/BRAZIL | ☐ Deceased USA |
| *Sibling* N/A | N/A | ☐ Deceased N/A |
| *Sibling* N/A | N/A | ☐ Deceased N/A |
| *Sibling* N/A | N/A | ☐ Deceased N/A |

# D


MASSACHUSETTS
UNDER 21 DRIVER'S LICENSE
NOT FOR FEDERAL ID
USA
ED06
REGISTRAR
UNDER 21 UNTIL
08/15/2027
4a ISS 09/25/2024
9 CLASS D
12 REST NONE
9a END NONE
4d NUMBER
SA1741684
4b EXP
08/15/2029
3 DOB
08/15/2006
1 DIAS DE SOUZA
2 ELYEZER
8 26 BRADFORD ST
CONCORD, MA 01742-2902
08/15/06
15 SEX M 16 HGT 5'-08" 18 EYES BRO
5 DD 09/25/2024 Rev 02/22/2016

# E

**Re: Letter in Support of Bond Request for Elyézer Dias de Souza (A# 220-222-585)**

***Honorable Immigration Judge,***

My name is Marcos Fabiano Pereira, and I am a U.S. citizen residing in Everett, Massachusetts. I am writing this letter in strong support of Elyézer Dias de Souza and respectfully asking the Court to consider releasing him on bond.

I have personally known Elyézer since the end of 2021. During the time I have known him, I have consistently observed him to be a respectful, hardworking, and family-oriented young man. He has always treated me and others with respect and has demonstrated good moral character. To the best of my knowledge, Elyézer is not a danger to the community. I believe that, if released, he will comply with all requirements imposed by the Immigration Court and will attend all future hearings and appointments.
I am fully committed to serving as Elyezer's sponsor and promise to assist in his reintegration into the community. I assure him that I will assist him in fulfilling all court requirements and will help him return to a productive and law-abiding life.

I sincerely believe that releasing Elyézer on bond would allow him to return to his family while continuing to address his immigration case through the proper legal process.

Thank you for your time and consideration of this request. Please feel free to contact me if any additional information is needed.

Sincerely,
Marcos Fabiano Pereira , 16, Walnut. St. Everett MA 02149, Phone number (973-336-0917)
pereiraministro7@gmail.com - Date- August 19, 2026





Scanned with CamScanner

BANK OF AMERICA

P.O. Box 15284
Wilmington, DE 19850

N4 0717 234 996 01954 #@01 AB 0.672
MARCOS FABIANO M PEREIRA
16 WALNUT ST APT 1
EVERETT MA 02149-2312

Date
July 15, 2026

Account ending 5881

Customer service
1.888.827.1812

Account information
bankofamerica.com



Scanned with CamScanner

Form **1040** Department of the Treasury—Internal Revenue Service
**U.S. Individual Income Tax Return** **2025** OMB No. 1545-0074 IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2025, or other tax year beginning , 2025, ending , 20 See separate instructions.

☐ Filed pursuant to section 301.9100-2 ☐ Combat zone ☐ Deceased Spouse
☐ Other

| | | |
|---|---|---|
| Your first name and middle initial<br>MARCOS FABIANO | Last name<br>PEREIRA | **Your social security number**<br>147 23 5461 |
| If joint return, spouse's first name and middle initial<br>JOCINEIA F | Last name<br>PEREIRA | **Spouse's social security number**<br>701 85 1182 |
| Home address (number and street). If you have a P.O. box, see instructions.<br>16 WALNUT ST | Apt. no. | Check here if your main home, and your spouse's if filing a joint return, was in the U.S. for more than half of 2025. ☐ |
| City, town, or post office. If you have a foreign address, also complete spaces below.<br>EVERETT | State<br>MA | ZIP code<br>02149 |
| Foreign country name | Foreign province/state/county | Foreign postal code |

**Presidential Election Campaign** Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. ☐ You ☐ Spouse

**Filing Status** Check only one box.
☐ Single
☒ Married filing jointly (even if only one had income)
☐ Married filing separately (MFS). Enter spouse's SSN above and full name here:
☐ Head of household (HOH)
☐ Qualifying surviving spouse (QSS)
If you checked the HOH or QSS box, enter the child's name if the qualifying person is a child but not your dependent:

☐ If treating a nonresident alien or dual-status alien spouse as a U.S. resident for the entire tax year, check the box and enter their name (see instructions and attach statement if required):

**Digital Assets** At any time during 2025, did you: (a) receive (as a reward, award, or payment for property or services); or (b) sell, exchange, or otherwise dispose of a digital asset (or a financial interest in a digital asset)? (See instructions.) ☐ Yes ☒ No

**Dependents** (see instructions)
If more than four dependents, see instructions and check here ☐

| | Dependent 1 | Dependent 2 | Dependent 3 | Dependent 4 |
|---|---|---|---|---|
| (1) First name | DAVI S | | | |
| (2) Last name | PEREIRA | | | |
| (3) SSN | 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 | | | |
| (4) Relationship | Son | | | |
| (5) Check if lived with you more than half of 2025 | (a) ☒ Yes (b) ☒ And in the U.S. | (a) ☐ Yes (b) ☐ And in the U.S. | (a) ☐ Yes (b) ☐ And in the U.S. | (a) ☐ Yes (b) ☐ And in the U.S. |
| (6) Check if | ☒ Full-time student ☐ Permanently and totally disabled | ☐ Full-time student ☐ Permanently and totally disabled | ☐ Full-time student ☐ Permanently and totally disabled | ☐ Full-time student ☐ Permanently and totally disabled |
| (7) Credits | ☐ Child tax credit ☒ Credit for other dependents | ☐ Child tax credit ☐ Credit for other dependents | ☐ Child tax credit ☐ Credit for other dependents | ☐ Child tax credit ☐ Credit for other dependents |

☐ Check if your filing status is MFS or HOH and you lived apart from your spouse for the last 6 months of 2025, or you are legally separated according to your state law under a written separation agreement or a decree of separate maintenance and you did not live in the same household as your spouse at the end of 2025.

**Income**
Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.
If you did not get a Form W-2, see instructions.
Attach Sch. B if required.

| Line | Description | | Line | Amount |
|---|---|---|---|---|
| 1a | Total amount from Form(s) W-2, box 1 (see instructions) | | 1a | 51,989. |
| b | Household employee wages not reported on Form(s) W-2 | | 1b | |
| c | Tip income not reported on line 1a (see instructions) | | 1c | |
| d | Medicaid waiver payments not reported on Form(s) W-2 (see instructions) | | 1d | |
| e | Taxable dependent care benefits from Form 2441, line 26 | | 1e | |
| f | Employer-provided adoption benefits from Form 8839, line 31 | | 1f | |
| g | Wages from Form 8919, line 6 | | 1g | |
| h | Other earned income (see instructions). Enter type and amount: | | 1h | 0. |
| i | Nontaxable combat pay election (see instructions) | 1i | | |
| z | Add lines 1a through 1h | | 1z | 51,989. |
| 2a | Tax-exempt interest | 2a | 2b b Taxable interest | 623. |
| 3a | Qualified dividends | 3a | 3b b Ordinary dividends | |
| c | Check if your child's dividends are included in 1 ☐ Line 3a 2 ☐ Line 3b | | | |
| 4a | IRA distributions | 4a | 4b b Taxable amount | |
| c | Check if (see instructions) 1 ☐ Rollover 2 ☐ QCD 3 ☐ | | | |
| 5a | Pensions and annuities | 5a | 5b b Taxable amount | |
| c | Check if (see instructions) 1 ☐ Rollover 2 ☐ PSO 3 ☐ | | | |
| 6a | Social security benefits | 6a | 6b b Taxable amount | |
| c | If you elect to use the lump-sum election method, check here (see instructions) ☐ | | | |
| d | If you are married filing separately and lived apart from your spouse the entire year (see inst.), check here ☐ | | | |
| 7a | Capital gain or (loss). Attach Schedule D if required | | 7a | |
| b | Check if: ☐ Schedule D not required ☐ Includes child's capital gain or (loss) | | | |
| 8 | Additional income from Schedule 1, line 10 | | 8 | 0. |
| 9 | Add lines 1z, 2b, 3b, 4b, 5b, 6b, 7a, and 8. This is your **total income** | | 9 | 52,612. |
| 10 | Adjustments to income from Schedule 1, line 26 | | 10 | |
| 11a | Subtract line 10 from line 9. This is your **adjusted gross income** | | 11a | 52,612. |



Scanned with CamScanner

**Tax and Credits**

| Line | Description | Box | Amount |
|---|---|---|---|
| 11b | Amount from line 11a (adjusted gross income) | 11b | 52,612. |
| 12a | Someone can claim ☐ You as a dependent ☐ Your spouse as a dependent | | |
| b | ☐ Spouse itemizes on a separate return c ☐ You were a dual-status alien | | |
| d | You: ☐ Were born before January 2, 1961 ☐ Are blind | | |
| | Spouse: ☐ Was born before January 2, 1961 ☐ Is blind | | |
| e | **Standard deduction or itemized deductions** (from Schedule A) | 12e | 31,500. |
| 13a | Qualified business income deduction from Form 8995 or Form 8995-A | 13a | |
| b | Additional deductions from Schedule 1-A, line 38 | 13b | |
| 14 | Add lines 12e, 13a, and 13b | 14 | 31,500. |
| 15 | Subtract line 14 from line 11b. If zero or less, enter -0-. This is your **taxable income** | 15 | 21,112. |
| 16 | **Tax** (see instructions). Check if any from Form(s): 1 ☐ 8814 2 ☐ 4972 3 ☐ | 16 | 2,113. |
| 17 | Amount from Schedule 2, line 3 | 17 | |
| 18 | Add lines 16 and 17 | 18 | 2,113. |
| 19 | Child tax credit or credit for other dependents from Schedule 8812 | 19 | 500. |
| 20 | Amount from Schedule 3, line 8 | 20 | |
| 21 | Add lines 19 and 20 | 21 | 500. |
| 22 | Subtract line 21 from line 18. If zero or less, enter -0- | 22 | 1,613. |
| 23 | Other taxes, including self-employment tax, from Schedule 2, line 21 | 23 | 0. |
| 24 | Add lines 22 and 23. This is your **total tax** | 24 | 1,613. |

**Standard deduction for—**
- Single or Married filing separately, $15,750
- Married filing jointly or Qualifying surviving spouse, $31,500
- Head of household, $23,625
- If you checked a box on line 12a, 12b, 12c, or 12d, see inst.

**Payments and Refundable Credits**

| Line | Description | Box | Sub-amount | Box | Amount |
|---|---|---|---|---|---|
| 25 | Federal income tax withheld from: | | | | |
| a | Form(s) W-2 | 25a | 2,974. | | |
| b | Form(s) 1099 | 25b | | | |
| c | Other forms (see instructions) | 25c | | | |
| d | Add lines 25a through 25c | | | 25d | 2,974. |
| 26 | 2025 estimated tax payments and amount applied from 2024 return | | | 26 | |
| | If you made estimated tax payments with your former spouse in 2025, enter their SSN (see instructions): | | | | |
| 27a | Earned income credit (EIC) | 27a | 2,486. | | |
| b | Clergy filing Schedule SE (see instructions) ☐ | | | | |
| c | If you do not want to claim the EIC, check here ☐ | | | | |
| 28 | Additional child tax credit (ACTC) from Schedule 8812. If you do not want to claim the ACTC, check here ☐ | 28 | | | |
| 29 | American opportunity credit from Form 8863, line 8 | 29 | | | |
| 30 | Refundable adoption credit from Form 8839, line 13 | 30 | | | |
| 31 | Amount from Schedule 3, line 15 | 31 | 289. | | |
| 32 | Add lines 27a, 28, 29, 30, and 31. These are your **total other payments and refundable credits** | | | 32 | 2,775. |
| 33 | Add lines 25d, 26, and 32. These are your **total payments** | | | 33 | 5,749. |

If you have a qualifying child, you may need to attach Sch. EIC.

**Refund**

| Line | Description | Box | Amount |
|---|---|---|---|
| 34 | If line 33 is more than line 24, subtract line 24 from line 33. This is the amount you **overpaid** | 34 | 4,136. |
| 35a | Amount of line 34 you want **refunded to you**. If Form 8888 is attached, check here ☐ | 35a | 4,136. |
| b | Routing number 0 2 1 2 0 0 3 3 9 c Type: ☒ Checking ☐ Savings | | |
| d | Account number 3 8 1 0 2 5 1 1 4 2 8 9 | | |
| 36 | Amount of line 34 you want **applied to your 2026 estimated tax** | 36 | |

Direct deposit? See instructions.

**Amount You Owe**

| Line | Description | Box | Amount |
|---|---|---|---|
| 37 | Subtract line 33 from line 24. This is the **amount you owe**. For details on how to pay, go to *www.irs.gov/Payments* or see instructions | 37 | |
| 38 | Estimated tax penalty (see instructions) | 38 | |

**Third Party Designee**

Do you want to allow another person to discuss this return with the IRS? See instructions. ☐ **Yes.** Complete below. ☒ **No**

Designee's name | Phone no. | Personal identification number (PIN)

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date | Your occupation | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |
|---|---|---|---|
| | | PASTOR | |
| **Spouse's signature. If a joint return, both must sign.** | Date | Spouse's occupation | If the IRS sent your spouse an Identity Protection PIN, enter it here (see inst.) |
| | | HOUSE WIFE | |
| Phone no. | Email address PRMARCOSFABIANO@GMAIL.COM | | |

Joint return? See instructions. Keep a copy for your records.

**Paid Preparer Use Only**

| Preparer's name | Preparer's signature | Date | PTIN | Check if: |
|---|---|---|---|---|
| David Lazzarotto | David Lazzarotto | 04/02/2026 | P02074109 | ☐ Self-employed |
| Firm's name Alpha Financial Solutions Inc | | | Phone no. | |
| Firm's address 40 Eastern Ave Malden MA 02148 | | | Firm's EIN 86-2655824 | |





Scanned with CamScanner

SCHEDULE 3 (Form 1040)
Department of the Treasury Internal Revenue Service

# Additional Credits and Payments

Attach to Form 1040, 1040-SR, or 1040-NR.
Go to *www.irs.gov/Form1040* for instructions and the latest information.

OMB No. 1545-0074
2025
Attachment Sequence No. 03

Name(s) shown on Form 1040, 1040-SR, or 1040-NR: MARCOS FABIANO & JOCINEIA F PEREIRA
Your social security number: 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

## Part I Nonrefundable Credits

| Line | Description | Sub-line | Sub-amount | Line | Amount |
|---|---|---|---|---|---|
| 1 | Foreign tax credit. Attach Form 1116 if required | | | 1 | |
| 2 | Credit for child and dependent care expenses from Form 2441, line 11. Attach Form 2441 | | | 2 | |
| 3 | Education credits from Form 8863, line 19 | | | 3 | |
| 4 | Retirement savings contributions credit. Attach Form 8880 | | | 4 | |
| 5a | Residential clean energy credit from Form 5695, line 15 | | | 5a | |
| b | Energy efficient home improvement credit from Form 5695, line 32 | | | 5b | |
| 6 | Other nonrefundable credits: | | | | |
| a | General business credit. Attach Form 3800 | 6a | | | |
| b | Credit for prior year minimum tax. Attach Form 8801 | 6b | | | |
| c | Adoption credit. Attach Form 8839 | 6c | | | |
| d | Credit for the elderly or disabled. Attach Schedule R | 6d | | | |
| e | Reserved for future use | 6e | | | |
| f | Clean vehicle credit. Attach Form 8936 | 6f | | | |
| g | Mortgage interest credit. Attach Form 8396 | 6g | | | |
| h | District of Columbia first-time homebuyer credit. Attach Form 8859 | 6h | | | |
| i | Qualified electric vehicle credit. Attach Form 8834 | 6i | | | |
| j | Alternative fuel vehicle refueling property credit. Attach Form 8911 | 6j | | | |
| k | Credit to holders of tax credit bonds. Attach Form 8912 | 6k | | | |
| l | Amount on Form 8978, line 14. See instructions | 6l | | | |
| m | Credit for previously owned clean vehicles. Attach Form 8936 | 6m | | | |
| z | Other nonrefundable credits. List type and amount: | 6z | | | |
| 7 | Total other nonrefundable credits. Add lines 6a through 6z | | | 7 | |
| 8 | Add lines 1 through 4, 5a, 5b, and 7. Enter here and on Form 1040, 1040-SR, or 1040-NR, line 20 | | | 8 | |

## Part II Other Payments and Refundable Credits

| Line | Description | Sub-line | Sub-amount | Line | Amount |
|---|---|---|---|---|---|
| 9 | Net premium tax credit. Attach Form 8962 | | | 9 | 289. |
| 10 | Amount paid with request for extension to file (see instructions) | | | 10 | |
| 11 | Excess social security and tier 1 RRTA tax withheld | | | 11 | |
| 12 | Credit for federal tax on fuels. Attach Form 4136 | | | 12 | |
| 13 | Other payments or refundable credits: | | | | |
| a | Form 2439 | 13a | | | |
| b | Section 1341 credit for repayment of amounts included in income from earlier years | 13b | | | |
| c | Net elective payment election amount from Form 3800, Part III, line 6, column (j) | 13c | | | |
| d | Deferred amount of net 965 tax liability (see instructions) | 13d | | | |
| z | Other refundable credits (see instructions): | 13z | | | |
| 14 | Total other payments or refundable credits. Add lines 13a through 13z | | | 14 | |
| 15 | Add lines 9 through 12 and 14. Enter here and on Form 1040, 1040-SR, or 1040-NR, line 31 | | | 15 | 289. |



Scanned with CamScanner

# F

To the Appropriate Authorities,

My name is Ludymila Dias de Souza, and I am writing this letter to ask, with all my heart, for an opportunity for my brother, Elyezer Dias de Souza, to be released from detention and return to his family.

Elyezer is a good, honest, hardworking young man with a generous heart. He is very important to our family and has always been a present and beloved person in all of our lives.

I miss my brother very much. My two-year-old daughter is also very attached to her uncle and deeply misses his absence. In addition, I recently had a baby, and my greatest wish is for my brother to have the opportunity to meet her, hold her in his arms, and be part of her life.

At this very difficult time, I ask that you consider not only the situation he is going through, but also the person he is, his history, his character, and the love his family has for him.

Elyezer deserves an opportunity to return home, be with his family, and continue his life in an honest and responsible manner. We are suffering greatly from his absence and hope, with faith, that we will be able to welcome him home again.

I humbly ask that you have compassion and consider the possibility of granting him an opportunity for freedom while his case is being reviewed.

Please help my brother return to his family.

With respect and hope,

**Ludymila Dias de Souza**

Sister of Elyezer Dias de Souza.


MASSACHUSETTS
DRIVER'S
LICENSE
NOT FOR FEDERAL ID
4a ISS
04/14/2025
4d NUMBER
SA0911471
4b EXP
05/09/2029
3 DOB
05/09/1999
9 CLASS
D
12 REST
NONE
9a END
NONE
1 DIAS DE SOUZA
2 LUDYMILA
8 15 DAVIS RD
APT B11
ACTON, MA 01720-4764
18 EYES BRO
15 SEX F 16 HGT 5'-03"
5 DD 04/14/2025 Rev 02/22/2016
05/09/99
USA

# LETTER OF SUPPORT FOR ELYEZER DIAS DE SOUZA

To the Honorable Court and the Authorities Responsible for Elyezer Dias de Souza's Case,

My name is Edinei Dias Queiroz de Souza, and I am the mother of Elyezer Dias de Souza. I respectfully write this letter to ask, from the bottom of my heart, that the authorities in Massachusetts consider giving my son an opportunity to return home to his family while his case is being considered.

Since Elyezer was taken into custody, our family has experienced tremendous pain, sadness, and longing. His absence has created a deep emptiness in our home. As a mother, my greatest wish is to be able to hug my son again, have him with me, and see him reunited with the people who love him.

My granddaughter, Mayla, is especially attached to her uncle. She misses him very much and calls for her uncle all the time. It is heartbreaking for our family to see her feeling his absence and not understanding why he is not here with us.

Elyezer is a good young man, hardworking, loving, and very important to our family. He loves this country and is grateful for the opportunities that the United States has given us to grow in knowledge, gain experience, work, and build a better life.

I humbly ask the Court and the responsible authorities to look at my son not only through the circumstances of his current situation, but also as a person, as a son, as an uncle, and as a member of a family that loves him deeply. I sincerely hope that he may be given an opportunity to return home and continue his life with his family in a responsible and peaceful manner.

As his mother, I respectfully ask for compassion and consideration. I would be deeply grateful for the opportunity to embrace my son again and have him home with us.

May God continue to bless all the authorities, judges, officials, and leaders of this country for the work they do and for the decisions they must make each day.

With respect, hope, and gratitude,

**Edinei Dias Queiroz de Souza**

Mother of Elyezer Dias de Souza


MASSACHUSETTS
DRIVER'S LICENSE
NOT FOR FEDERAL ID
4d NUMBER SA8530812
4a ISS 10/21/2024
3 DOB 10/29/1978
4b EXP 10/29/2028
9 CLASS D
12 REST NONE
9a END NONE
1 DIAS QUEIROZ DE SOUZA
2 EDINEI
8 26 BRADFORD ST
CONCORD, MA 01742-2902
18 EYES BRO
15 SEX F
16 HGT 5'-03"
5 DD 10/21/2024 Rev 02/22/2016
10/29/78
REGISTRAR

TO THE IMMIGRATION COURT / IMMIGRATION JUDGE

RE: Letter of Support for ELYEZER DIAS DE SOUZA

My name is EDINEIDE BATISTA DA SILVA. I am a lawful permanent resident of the United States and reside in Newark, New Jersey. I am writing this letter to express my sincere support for ELYEZER DIAS DE SOUZA, who is currently detained in the custody of U.S. Immigration and Customs Enforcement (ICE).

I have known Elyezer for approximately ten years, since 2016, when his parents moved from the city of Colniza to Cuiabá, the capital of the state of Mato Grosso, Brazil. At that time, Elyezer was still a young boy. Over the years, I have had the opportunity to watch him grow and to become familiar with his character, personality, and the way he treats others.

I can confidently say that Elyezer is a good young man who has always treated people with respect. He is hardworking, responsible, and a good son. I have followed his growth since he was a child because I became close friends with his family. He has visited and stayed at my home in New Jersey on a yearly basis, and whenever I travel to Massachusetts, I make a point of visiting him and his family.

Elyezer has strong ties to his family and has always cared about his mother's well-being. To the best of his ability, he provides financial assistance to his mother and supports her whenever he can.

I understand that Elyezer is currently detained by ICE, and I sincerely believe that he deserves the opportunity to continue his immigration proceedings outside of detention. Based on the many years that I have known him and the person I have seen him become, I believe that he is a respectful, hardworking, and family-oriented young man.

I also believe that Elyezer will comply with all conditions established by the Court and will attend all of his future immigration hearings, appointments, and other required immigration proceedings.

I respectfully ask the Court to consider this letter as a reflection of Elyezer's good character, his strong family ties, his connections to his community, and the support he has from people who know and care about him.

I declare that the information contained in this letter is true and accurate to the best of my knowledge and belief.

Thank you very much for your time and consideration.

Respectfully,

EDINEIDE BATISTA DA SILVA

31 oraton st Newark, New Jersey 07104

Phone: 862-227-2360

Date: August 19, 2026

Signature: Edineide Batista da Silva


UNITED STATES OF AMERICA
PERMANENT RESIDENT
Surname
BATISTA DA SILVA
Given Name
EDINEIDE
Country of Birth
Brazil
USCIS#
233-482-484
Category
CR6
Date of Birth
29 APR 1983
Sex
F
Card Expires:
08/22/26
Resident Since:
08/22/24
NEW JERSEY NJMVC
New Jersey Motor Vehicle Commission
AUTO DRIVER LICENSE
NOT FOR "REAL ID" PURPOSES
Acting Chief Administrator
DL B0819 18900 54832
CLASS D
DOB 04-29-1983
ISS 02-11-2025
EXP 04-29-2029
BATISTA- DASILVA
EDINEIDE
31 ORATON ST
NEWARK, NJ 07104
END NONE
RESTR NONE
GENDER F
HGT 5'-08"
EYES BRN
ORGAN DONOR
WV
WV202504200002082
REN
24.00

EOIR — 40 of 68

FORM I-551
Rev (12-2021)
75185300



29 APR 1983 F

25C If found, drop in any US Mailbox. USPS: Mail to 7 Product Way, Lees Summit, MO 64002

C1USA233482484610E0923268176<<
8304298F2608226BRA<<<<<<<<<<<8
BATISTA<DA<SILVA<<EDINEIDE<<<<

21 B2WJAVTW34
NJE17M01

MVC

Rev 01-08-2020

EB04-29-1983

ENDORSEMENTS:
None

RESTRICTIONS:
None

Visit us at:
www.njmvc.gov

# LETTER OF SUPPORT

To Whom It May Concern,

My name is Izabelly Gabriely Teotonio dos Santos Andrade, and I am writing to express my support for Elyezer Dias de Souza. Although I have known Elyezer for less than a year, I have come to know him as a kind, loving, friendly, and genuinely good person.

Elyezer is a family-oriented person with many dreams for his future. I believe he deserves the opportunity to be with his family and continue his life surrounded by the people who care about him.

I sincerely support Elyezer and hope that he is given the opportunity to regain his freedom during this difficult time.

Sincerely,

Izabelly Gabriely Teotonio dos Santos Andrade

Phone: (774) 777-1826

## SUPPORT LETTER

My name is **Edgar Faist**. I am a **U.S. citizen**. I am writing this letter to express my support for **Elyezer Dias de Souza**, who is currently in the custody of U.S. Immigration and Customs Enforcement (ICE).

I have known **Elyezer Dias de Souza** for approximately three years through my wife, **Edineide Silva**, who is a friend of his family. I usually welcome Elyezer into my home once a year, and we always spend pleasant and enjoyable time together. I consider him a good young man, helpful, polite, and loving toward his family.

I am aware that **Elyezer Dias de Souza** is currently detained by ICE, and I sincerely believe that he deserves the opportunity to continue his immigration proceedings while released from detention.

I believe that **Elyezer Dias de Souza** will comply with all conditions established by the Court and will attend all of his future immigration hearings and immigration appointments.

I respectfully ask that this letter be considered as a demonstration of **Elyezer Dias de Souza's** good character, his ties to the community, and the support he has available to him if he is granted release from detention.

I declare that the information provided in this letter is true and accurate to the best of my knowledge.

Thank you for your time and consideration.

Sincerely,

**EDGAR FAIST**
31 Oraton St.
Newark, NJ
**Phone:** 973-573-5655

**Date:** August 19, 2026

**Signature:** ______________________

We the People

Of the United States, in Order to form a more perfect Union, establish Justice, insure domestic Tranquility, provide for the common defence, promote the general Welfare, and secure the Blessings of Liberty to ourselves and our Posterity, do ordain and establish this Constitution for the United States of America.

3

SIGNATURE OF BEARER / SIGNATURE DU TITULAIRE / FIRMA DEL TITULAR

PASSPORT
PASSEPORT
PASAPORTE

USA

UNITED STATES OF AMERICA



Type / Type / Tipo: P
Code / Code / Código: USA
Passport No. / No. du Passeport / No. de Pasaporte: 682379013
Surname / Nom / Apellidos: FAIST
Given Names / Prénoms / Nombres: EDGAR
Nationality / Nationalité / Nacionalidad: UNITED STATES OF AMERICA
Date of birth / Date de naissance / Fecha de nacimiento: 29 May 1961
Place of birth / Lieu de naissance / Lugar de nacimiento: BRAZIL
Sex / Sexe / Sexo: M
Date of issue / Date de délivrance / Fecha de expedición: 11 Oct 2022
Authority / Autorité / Autoridad: United States Department of State
Date of expiration / Date d'expiration / Fecha de caducidad: 10 Oct 2032
Endorsements / Mentions Spéciales / Anotaciones: SEE PAGE 27

USA

P<USAFAIST<<EDGAR<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<
6823790135USA6105295M3210101694367779<778576

# DECLARATION

I, Joao Jose da Silva, residing at 132 Chelsea St., Apt. 18, Everett, MA, declare that I have known the young man Elyezer Dias de Souza since 2021 and that he has demonstrated exemplary behavior toward his family and our community.

His imprisonment has created a significant void for both his family and the community.

I sign this declaration as it is the truth.

Joao Jose da Silva

August 15, 2026

Marcos Fabiano Pereira
Sênior Pastor
Phone 9733360917

Igreja Assembleia
de Deus Comademat

**Presentation Letter**

Through this letter, we present to whom it may concern the young Elyezer Dias de Souza. He has been a good friend of our church since the end of 2021, because he is a good friend , and also he is very dear to some members of our church. We gladly recommend you.

I still remember this aforementioned friend as we need to always be willing to help us in the renewing work of our church.

Thank you in advance for the opportunity to witness in favor of this friend, if you have any doubts please don't hesitate to call me - (1- 973-336-0917).

My address and office of the Church - 16 Walnut st Everett Ma 02149
Until the end of the year we will stay in this address.

Everett, Ma USA August 17 , 2026

Marcos Fabiano Pereira
**Senior Pastor of Assembly of God in Boston area**

**"The Missions taken Seriously" Mk 16:15"**



Scanned with CamScanner

# G

Uploaded on: 08/19/2026 at 07:50:48 PM (Eastern Daylight Time) Base City: CHE



Concord-Carlisle High School

Concord Massachusetts

This certifies that

Elyezer Dias De Souza

Has satisfactorily completed the course of study prescribed for graduation and is therefore awarded this

Diploma

In witness thereof we have affixed our signatures this thirty-first day of May, two thousand and twenty-five.

Co-Principal

Co-Principal

Superintendent of Schools

Chairperson of School Committee

# H

Form **8879**
(Rev. January 2021)
Department of the Treasury
Internal Revenue Service

# IRS *e-file* Signature Authorization

► **ERO must obtain and retain completed Form 8879.**
► **Go to *www.irs.gov/Form8879* for the latest information.**

OMB No. 1545-0074
**2025**

Submission Identification Number (SID) ►

| Taxpayer's name | Social security number |
|---|---|
| Elyeser Dias de Souza | 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 |
| Spouse's name | Spouse's social security number |
| | |

**Part I** **Tax Return Information - Tax Year Ending December 31, 2025** (Enter year you are authorizing.)

Enter whole dollars only on lines 1 through 5.
**Note:** Form 1040-SS filers use line 4 only. Leave lines 1, 2, 3, and 5 blank.

| | | | |
|---|---|---|---|
| 1 | Adjusted gross income | 1 | 33,348 |
| 2 | Total tax | 2 | 1,829 |
| 3 | Federal income tax withheld from Form(s) W-2 and Form(s) 1099 | 3 | 2,759 |
| 4 | Amount you want refunded to you | 4 | 930 |
| 5 | Amount you owe | 5 | |

**Part II** **Taxpayer Declaration and Signature Authorization (Be sure you get and keep a copy of your return)**

Under penalties of perjury, I declare that I have examined a copy of the income tax return (original or amended) I am now authorizing, and to the best of my knowledge and belief, it is true, correct, and complete. I further declare that the amounts in Part I above are the amounts from the income tax return (original or amended) I am now authorizing. I consent to allow my intermediate service provider, transmitter, or electronic return originator (ERO) to send my return to the IRS and to receive from the IRS **(a)** an acknowledgement of receipt or reason for rejection of the transmission, **(b)** the reason for any delay in processing the return or refund, and **(c)** the date of any refund. If applicable, I authorize the U.S. Treasury and its designated Financial Agent to initiate an ACH electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of my federal taxes owed on this return and/or a payment of estimated tax, and the financial institution to debit the entry to this account. This authorization is to remain in full force and effect until I notify the U.S. Treasury Financial Agent to terminate the authorization. To revoke (cancel) a payment, I must contact the U.S. Treasury Financial Agent at **1-888-353-4537**. Payment cancellation requests must be received no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment. I further acknowledge that the personal identification number (PIN) below is my signature for the income tax return (original or amended) I am now authorizing and, if applicable, my Electronic Funds Withdrawal Consent.

**Taxpayer's PIN: check one box only**    Refund will be deposited to: RTN=011000138 Acct=466015891181

[X] I authorize ACCT CONSULTING INC (**ERO firm name**) to enter or generate my PIN 02846 (**Enter five digits, but don't enter all zeros**) as my signature on the income tax return (original or amended) I am now authorizing.

[ ] I will enter my PIN as my signature on the income tax return (original or amended) I am now authorizing. Check this box **only** if you are entering your own PIN **and** your return is filed using the Practitioner PIN method. The ERO must complete Part III below.

Your signature ► Ely[illegible]e Souza (Mar 3, 2026 15:09:13 EST)    Date ► 02-17-2026

**Spouse's PIN: check one box only**

[ ] I authorize ______ (**ERO firm name**) to enter or generate my PIN ______ (**Enter five digits, but don't enter all zeros**) as my signature on the income tax return (original or amended) I am now authorizing.

[ ] I will enter my PIN as my signature on the income tax return (original or amended) I am now authorizing. Check this box **only** if you are entering your own PIN **and** your return is filed using the Practitioner PIN method. The ERO must complete Part III below.

Spouse's signature ►    Date ►

**Practitioner PIN Method Returns Only - continue below**

**Part III** **Certification and Authentication - Practitioner PIN Method Only**

**ERO's EFIN/PIN.** Enter your six-digit EFIN followed by your five-digit self-selected PIN.    046798-67113
**Don't enter all zeros**

I certify that the above numeric entry is my PIN, which is my signature for the electronic individual income tax return (original or amended) I am now authorized to file for tax year indicated above for the taxpayer(s) indicated above. I confirm that I am submitting this return in accordance with the requirements of the Practitioner PIN method and **Pub. 1345,** Handbook for Authorized IRS *e-file* Providers of Individual Income Tax Returns.

ERO's signature ► Antonio Tavares Junior    Date ► 02-17-2026

**ERO Must Retain This Form - See Instructions**
**Don't Submit This Form to the IRS Unless Requested To Do So**

**For Paperwork Reduction Act Notice, see your tax return instructions.**    Form **8879** (Rev. 01-2021)

# Form M-8453

## Individual Income Tax Declaration for Electronic Filing

2025
Massachusetts Department of Revenue

**Please print or type. Privacy Act Notice available upon request. For the year January 1 - December 31, 2025.**

| Your first name and initial | Last name | Your Social Security number |
|---|---|---|
| ELYESER | DIAS DE SOUZA | 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 |
| If a joint return, spouse's first name and initial | Last name | Spouse's Social Security number |
| | | |

Present street address (and apartment number)
20 DARMOUTH STREET

| City/Town/Post Office | State | Zip |
|---|---|---|
| MAYNARD | MA | 01754 |

Filing status: ☒ Single ☐ Married filing jointly ☐ Married filing separately ☐ Head of household

## Part 1. Tax Return Information for Electronic Filing

| | | | |
|---|---|---|---|
| 1 | Total 5.0% income (from Form 1, line 10, or Form 1-NR/PY, line 12) | 1 | 33348 |
| 2 | Income tax after credits (from Form 1, line 32, or Form 1-NR/PY, line 36) | 2 | 1146 |
| 3 | Massachusetts use tax (from Form 1, line 34, or Form 1-NR/PY, line 38) | 3 | |
| 4 | Massachusetts income tax withheld (from Form 1, line 38, or Form 1-NR/PY, line 42) | 4 | 1394 |
| 5 | Refund amount (from Form 1, line 54, or Form 1-NR/PY, line 58) | 5 | 248 |
| 6 | Tax due (from Form 1, line 55, or Form 1-NR/PY, line 59) | 6 | |

## Part 2. Declaration and Signature of Taxpayer

Under pains and penalties of perjury, I declare that I have reviewed the information on my return with the information I have provided to my Electronic Return Originator and that the amounts above agree with the amounts shown on my 2025 Massachusetts return. To the best of my knowledge and belief this information is true, correct and complete. I consent that my return, including this declaration and accompanying schedules, forms and statements be sent to the Massachusetts Department of Revenue by my Electronic Return Originator. I authorize DOR to inform my Electronic Return Originator and/or the transmitter when my electronic return has been accepted. In the event that it is rejected, I authorize DOR to identify the reasons for rejection so that the return can be corrected and re-transmitted. If I have filed a balance due return, I understand that if DOR does not receive full and timely payment of my tax liability, I will remain liable for the tax liability and all applicable penalties and interest.

| Your signature | Date | Spouse's signature | Date |
|---|---|---|---|
| Elyeser de Souza (Mar 3, 2026 15:09:13 EST) | 02-17-2026 | | |

## Part 3. Declaration and Signature of Electronic Return Originator (ERO)

I declare that I have reviewed the above taxpayer's return and that the entries on this M-8453 are complete and correct to the best of my knowledge. (Collectors are not responsible for reviewing the taxpayer's return; however, they must ensure that the M-8453 accurately reflects the data on the return.) I have obtained the taxpayer's signature before submitting this return to the Massachusetts Department of Revenue. I have provided the taxpayer with a copy of all forms and information filed with the Massachusetts Department of Revenue. If I am also the paid preparer, under pains and penalties of perjury I declare that I have examined the above taxpayer's return and accompanying schedules and statements and to the best of my knowledge and belief, they are true, correct and complete. I declare that I have verified the taxpayer's proof of account and it agrees with the name(s) shown on this form. This declaration of paid preparer (other than taxpayer) is based on all information of which the preparer has any knowledge. Original Forms M-8453 should not be sent to DOR, but must instead be retained by the ERO on the ERO's business premises for a period of three years from the date the return to which the M-8453 relates was filed.

| ERO's signature and SSN or PTIN | Date | EIN | |
|---|---|---|---|
| ANTONIO TAVARES JUNIOR P01086844 | 02-17-2026 | 86-3028903 | ☐ Check if self-employed |

| Firm name (or yours, if self-employed) and address | City/Town | State | Zip | |
|---|---|---|---|---|
| ACCT CONSULTING INC 89 MAIN STREET SUITE 4 MILFORD MA | | | 01757 | ☒ Check if also paid preparer |

## Part 4. Declaration and Signature of Paid Preparer (if other than ERO)

Under pains and penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief it is true, correct and complete. This declaration of paid preparer (other than taxpayer) is based on all information of which the preparer has any knowledge.

| Paid preparer's signature and SSN or PTIN | Date | EIN | |
|---|---|---|---|
| | | | ☐ Check if self-employed |

| Firm name (or yours, if self-employed) and address | City/Town | State | Zip |
|---|---|---|---|
| | | | |

02-17-2026

# I

BANK OF AMERICA

P.O. BOX 15284
WILMINGTON, DE 19850

**Customer Service Information:**
www.bankofamerica.com
1.800.421.2110
**Mail billing inquiries to:**
Bank of America
P.O. Box 672050
Dallas TX 75267-2050
**Mail payment to:**
Bank of America
P.O. Box 15019
Wilmington DE 19886-5019

ELYEZER DIAS DE SOUZA
20 DARTMOUTH ST
MAYNARD MA 01754-1735

**Visa Signature®**
Account# 4400 6649 8045 **1802**
July 7 - August 6, 2026

## Account Summary/Payment Information

| | |
|---|---|
| Previous Balance | $700.09 |
| Payments and Other Credits | –$375.02 |
| Purchases and Adjustments | $394.61 |
| **Fees Charged** | **$0.00** |
| **Interest Charged** | **$0.00** |
| New Balance Total | $719.68 |
| Total Credit Line | $700.00 |
| Total Credit Available | $0.00 |
| Cash Credit Line | $200.00 |
| Portion of Credit Available for Cash | $0.00 |
| Statement Closing Date | 08/06/2026 |
| Days in Billing Cycle | 31 |

| | |
|---|---|
| New Balance Total | $719.68 |
| Current Payment Due | $35.00 |
| Total Minimum Payment Due | $35.00 |
| Payment Due Date | 09/03/2026 |

**Late Payment Warning:** If we do not receive your Total Minimum Payment by the date listed above, you may have to pay a late fee of up to **$40.00** and your APRs may be increased up to the Penalty APR of **29.99%.**
**Total Minimum Payment Warning:** If you make only the Total Minimum Payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay | You will payoff the balance shown on this statement in about | And you will end up paying an estimated total of |
|---|---|---|
| Only the Total Minimum Payment | 2 years | $894.00 |

**If you would like information about credit counseling services, call 866.300.5238.**

06 000719680000350000037502000000000000440066498045180 2

BANK OF AMERICA
P.O. BOX 15019
WILMINGTON DE 19886-5019

Account Number: 4400 6649 8045 **1802**

| | |
|---|---|
| Payment Due Date | 09/03/2026 |
| New Balance Total | $719.68 |
| Total Minimum Payment Due | $35.00 |

ELYEZER DIAS DE SOUZA
20 DARTMOUTH ST
MAYNARD MA 01754-1735

Enter payment amount $ ____ .

*For change of address/phone number, see reverse side.*
*Make your payment online at www.bankofamerica.com or*
Mail this coupon along with your check payable to: Bank of America



⑆524022250⑆ 1962498045180 2⑈

Your Auto Insurance Bill as of Aug 5, 2026

Elyezer Dias De Souza
20 DARTMOUTH ST
MAYNARD MA 01754-1735

Due Date
**08/20/2026**

Amount Due
**$44.34**

Liberty Mutual. INSURANCE

**Pay your bill now**

Your policy cancelled effective 08/06/2026. You have a balance due for coverage up to your cancellation date. Please pay total amount due to avoid further collections efforts.

| Insurance Information | |
|---|---|
| Policy Number | AD2-210-725153-35 |
| Policy Date | 07/08/2026 - 01/08/2027 |
| Payment Frequency | Monthly |
| Auto(s) Insured | RAM PICK 2019 |

| | |
|---|---|
| Current Installment Amount | $44.34 |
| **Please Pay Total Amount Due by Aug 20, 2026** | **$44.34** |

| Billing Details | Amount |
|---|---|
| New Premium | $917.00 |
| Payment Activity | |
| *Payments Received* | $101.66 CR |
| Adjustment Activity | |
| *Cancellation Credit* | $771.00 CR |
| Policy Balance | $44.34 |

**Download our app**

Easily pay your bill now through our app or online.

Use your smartphone camera to scan this code.

For questions, you can text us at: **41629**
Terms apply:
https://sms.libertymutual.com/help/0

*4002000100010000001001557557*

Please fold, detach at perforation and return bottom portion with your payment in the enclosed envelope.

*001557*
LIBERTY MUTUAL GROUP
PO BOX 6829
SCRANTON, PA 18505

| Policy | Balance | Due Date | Amount Due |
|---|---|---|---|
| AD2-210-725153-35 | $44.34 | **08/20/2026** | **$44.34** |

Please send all payments in the envelope provided. Please make checks payable to Liberty Mutual Insurance.

Invoice Number:
0000000586586316

Amount Paid $ ,  .

**Lost your envelope? Mail check to:**

Liberty Mutual Insurance
PO BOX 1452
New York, NY 10116-1452

ELYEZER DIAS DE SOUZA
20 DARTMOUTH ST
MAYNARD, MA 01754-1735

01452 100 0000000586586316 00000000 0000000000 0000004434 0000004434 4

# J

**MASSACHUSETTS COURT**
**DRIVER SAFETY COURSE REFERRAL FORM**

nsc National Safety Council

| | |
|---|---|
| **District Court:** Ayer District Court | **Court Phone:** (978) 772-2100 Ext. 231 |
| **Probation Officer (If Applicable):** Sandra Ferman | |
| **Probation Officer Email:** sandra.ferman@jud.state.ma.us | |

| | |
|---|---|
| ☒ **8-Hour Attitudinal Dynamics of Driving - $145.00**<br>• Drivers with patterns of risky behaviors<br>• Identify specific behaviors leading to violations/collisions<br>• Recognize behavior behind the wheel is a choice<br>• Learn techniques for handling situations that lead to unsafe driving decisions | ☐ **8-Hour Chronic Offender Program - $145.00**<br>• Drivers with multiple violations, aggressive drivers<br>• Examine personal needs leading to driving decisions<br>• Identify consequences of unsafe driving actions<br>• Determine alternatives and create action plan to change current behaviors |
| ☐ **4-Hour Driver Attitudinal Retraining Program - $100.00**<br>• Helps drivers under age 25 to take greater responsibility for their driving<br>• Focus on behavior, judgment and decision-making<br>• Highly interactive; teaches young adults how to make safe, respectful and legal driving decisions | ☐ **4-Hour State Courts Against Road Rage - $100.00**<br>• Must bring printed unattested driving record to class<br>• Explore serious consequences of irresponsible / dangerous driving<br>• Discuss how to change unsafe behaviors through intentional choices |

**Register Today: 1-800-398-0328 Monday – Friday | 8:00 AM – 4:45 PM**

Class sizes are limited and fill quickly.

Upon successful completion, National Safety Council will mail you a copy of your completion certificate to the address provided at the time of registration and mail the original to the District Court indicated above. Please note, it is the driver's responsibility to ensure the District Court / Probation Officer has received and processed their certificate.

If you require an American Sign Language (ASL) interpreter, or plan to bring someone with you to assist with translation, etc., please provide that information when you call National Safety Council to register.

I acknowledge that i have been provided a copy of this form by probation and will call to schedule an intake at NSC within two weeks from receipt

enroll by 3/13/26

Probationer Signature: [signature] Date: 02/13/26

# K


100%
NIKE
SPORTSWEAR




NIKE






PROUD
OF YOU


Julia
Shirley
Ellen Ann
Kathleen
Ardis
Ann D.
Tabitha
Lilla W.
Rita S.
Kathleen Ferris
PUMA


A|V





**Jonatas Silva**
**Agape Law PC**
**200 Walnut St #1**
**Saugus, MA 01906**
**court@agapelawusa.com**
**(617)758-8598**

**DETAINED**

**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION**
**REVIEW IMMIGRATION COURT**
**CHELMSFORD, MASSACHUSETTS**

| | |
|---|---|
| In the Matter of:<br>Respondent(s) Name(s):<br><br>**DIAS DE SOUZA, Elyezer**<br><br>In Removal Proceedings | **Alien Registration Number:**<br>**A# 220-222-585** |

CERTIFICATE OF SERVICE

On August 19, 2026, I served a copy of the following records to the Office of Chief Counsel, Department of Homeland Security by ECAS filing.

Jonatas Silva
Jonatas Silva
Agape Law PC
200 Walnut Street, #1
Saugus, MA 01906
court@agapelawusa.com
(617) 758-8598

**Jonatas Silva**
**Agape Law PC**
**200 Walnut St #1**
**Saugus, MA 01906**
**court@agapelawusa.com**
**(617)758-8598**

**DETAINED**

**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION**
**REVIEW IMMIGRATION COURT**
**CHELMSFORD, MASSACHUSETTS**

| | |
|---|---|
| In the Matter of:<br>Respondent(s) Name(s):<br><br>**DIAS DE SOUZA, Elyezer**<br><br>In Removal Proceedings | **Alien Registration Number:**<br>**A# 220-222-585** |

Immigration Judge: Frames, Kathryn E. Next Hearing: August 20, 2026 at 01:00 PM.

**<u>RESPONDENT'S SUPPLEMENTAL SUBMISSION OF EVIDENCE IN SUPPORT OF CUSTODY REDETERMINATION</u>**

**Jonatas Silva**
**Agape Law PC**
**200 Walnut St #1**
**Saugus, MA 01906**
**court@agapelawusa.com**
**(617)758-8598**

**DETAINED**

**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION**
**REVIEW IMMIGRATION COURT**
**CHELMSFORD, MASSACHUSETTS**

| | |
|---|---|
| In the Matter of:<br>Respondent(s) Name(s):<br><br>**DIAS DE SOUZA, Elyezer**<br><br>In Removal Proceedings | **Alien Registration Number:**<br>**A# 220-222-585** |

**RESPONDENT'S SUPPLEMENTAL SUBMISSION OF EVIDENCE IN SUPPORT OF CUSTODY REDETERMINATION**

Respondent, Elyezer Dias De Souza, through undersigned counsel, respectfully submits this Supplemental Submission of Evidence in further support of his request for custody redetermination pursuant to INA § 236(a).

1. On August 19, 2026, Respondent filed his Supplemental Pre-Hearing Statement and Evidence Package in Support of Custody Redetermination. In that filing, Respondent addressed, among other matters, the Civil Harassment Prevention Order issued under M.G.L. c. 258E when he was a minor (Docket No. 23HA0137FH).

2. The same day, the Department of Homeland Security submitted its own evidence, including Respondent's criminal history.

3. Respondent now submits two additional records from the Massachusetts Juvenile Court that provide further context relevant to the Court's assessment of dangerousness under *Hernandez-Lara v. Lyons*, 10 F.4th 19 (1st Cir. 2021).

4. **Supplemental Exhibit L** is a Notification to Child and Parent Regarding First Offense, Docket No. 23AC1368WC. The document identifies Respondent as Elyezer Dias De Souza and reflects that an Application for Complaint had been filed in the Juvenile Court alleging one or more minor misdemeanors. After reviewing the charge(s) and Respondent's record, the Juvenile Court expressly determined that it "lacks jurisdiction to proceed and the charge(s) are dismissed as a first offense."

5. Accordingly, the Juvenile Court record establishes that the matter identified as Docket No. 23AC1368WC did not result in an adjudication of delinquency or any criminal conviction. The charge(s) were dismissed as a first offense.

6. **Supplemental Exhibit M** is a letter from the Middlesex County Juvenile Court Probation Department, dated September 20, 2024, confirming that Respondent appeared before that Court on September 20, 2024.

7. The supplemental Juvenile Court documents provide additional relevant context regarding Respondent's juvenile history. These records confirm that the complaint reflected in Docket No. 23AC1368WC was dismissed as a first offense, without resulting in an adjudication of delinquency or criminal conviction.

8. Considered together with the record already before the Court—including the purely civil nature and subsequent expiration of the Harassment Prevention Order, and the complete

absence of any resulting conviction for an offense against another person—the supplemental evidence further supports Respondent's position that his juvenile history does not establish that he presently poses a danger to the community.

9. Under *Hernandez-Lara v. Lyons*, 10 F.4th 19, 41 (1st Cir. 2021), DHS bears the burden of establishing dangerousness by clear and convincing evidence. The dismissal reflected in Supplemental Exhibit L is relevant to the Court's individualized assessment of Respondent's history and the weight, if any, that should be afforded to these juvenile matters.

**WHEREFORE**, Respondent respectfully requests that this Honorable Court accept and consider Supplemental Exhibits L and M in connection with his custody redetermination hearing and grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

Date: August 20, 2026.

Jonatas Silva
Agape Law PC
200 Walnut St #1
Saugus, MA 01906

**Jonatas Silva**
**Agape Law PC**
**200 Walnut St #1**
**Saugus, MA 01906**
**court@agapelawusa.com**
**(617)758-8598**

**DETAINED**

**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION**
**REVIEW IMMIGRATION COURT**
**CHELMSFORD, MASSACHUSETTS**

| | |
|---|---|
| In the Matter of:<br>Respondent(s) Name(s):<br><br>**DIAS DE SOUZA, Elyezer**<br><br>In Removal Proceedings | **Alien Registration Number:**<br>**A# 220-222-585** |

**SUPPLEMENTAL LIST OF EXHIBITS**

**Supplemental Exhibit L** — Notification to Child and Parent Regarding First Offense, Massachusetts Juvenile Court, Docket No. 23AC1368WC (reflecting that the Juvenile Court determined it lacked jurisdiction to proceed and that the charge(s) were dismissed as a first offense).

**Supplemental Exhibit M** — Letter from the Middlesex County Juvenile Court Probation Department, dated September 20, 2024, confirming Respondent's appearance before the Juvenile Court on that date.

# L

EOIR — 6 of 10

| NOTIFICATION TO CHILD AND PARENT REGARDING FIRST OFFENSE<br>Commonwealth v. Wallace W., 482 Mass. 789 (2019) | DOCKET NO<br>23AC1368WC | TRIAL COURT OF MASSACHUSETTS<br>JUVENILE COURT DEPARTMENT |
| --- | --- | --- |
| CHILD'S NAME<br>Elyezer Dias De Souza | PARENT'S NAME | |

**To the Above-Named Child:**

An application for complaint has been filed in the Juvenile Court alleging that you committed one or more minor misdemeanors (*see attached Application for Complaint*).

After a review of the charge(s) and your record:

☒ the Juvenile Court determines it lacks jurisdiction to proceed and the charge(s) are dismissed as a first offense or

☐ the Commonwealth will not proceed against you and the charge(s) are dismissed as a first offense.

**Please note** that charge(s) dismissed as a first offense may be used in future determinations as to whether an application for complaint may be issued against you by the Juvenile Court.

| Clerk-Magistrate/Asst. Clerk-Magistrate | Date |
| --- | --- |
| Brendan J Moran | 2/28/24 |

JV-190 (09/07/2022)

EOIR — 7 of 10

# M

Tel. 508-879-3561
Fax. 508-879-0118

# Trial Court of the Commonwealth

Middlesex County Juvenile Court
Probation Department
110 Mt. Wayte Avenue
Framingham, Massachusetts 01702

**Gloria Tan**
**First Justice**

**Brian Frane**
**Kenneth King**
**Daniel C. Roache**
**Joanna Rodriguez**
**Associate Justices**

**Stephen L. Allsopp**
**Chief Probation Officer**

**Elizabeth Sheehy**
**Clerk Magistrate**

**Date:** 9/20/2024

**To whom it may concern:**

**This letter is to confirm that** Elyczer DeSouza (Name) **appeared in this court on** 9/20/2024 (Date).

**Sincerely,**

[signature]

**Probation Dept. / Clerk's Office**

**Jonatas Silva**
**Agape Law PC**
**200 Walnut St #1**
**Saugus, MA 01906**
**court@agapelawusa.com**
**(617)758-8598**

**DETAINED**

**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION**
**REVIEW IMMIGRATION COURT**
**CHELMSFORD, MASSACHUSETTS**

| | |
|---|---|
| In the Matter of:<br>Respondent(s) Name(s):<br><br>**DIAS DE SOUZA, Elyezer**<br><br>In Removal Proceedings | **Alien Registration Number:**<br>**A# 220-222-585** |

**CERTIFICATE OF SERVICE**

On August 20, 2026, I served a copy of the following records to the Office of Chief Counsel, Department of Homeland Security by ECAS filing.

Jonatas Silva
Agape Law PC
200 Walnut Street, #1
Saugus, MA 01906
court@agapelawusa.com
(617) 758-8598