UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ELYEZER DIAS DE SOUZA
Plaintiff(s),

v.

ANTONE MONIZ, TIMOTHY BAPTISTE, PATRICIA HYDE, MICHAEL KROL, TODD M LYONS, and MARKWAYNE MULLIN
Defendant(s).

Civil Action No. 26-13639-JEK

# JUDGMENT

**KOBICK, D.J.**

☐ Jury Verdict. This action came before the court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☒ Decision by the Court: In accordance with the Court's Electronic Order dated August 13, 2026, [ECF 7], granting the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 and the Court's Electronic Order dated September 12, 2026, [ECF 12] , granting the petitioner's motion to enforce judgment

**IT IS ORDERED AND ADJUDGED:**

Judgment for the Petitioner Elyezer Dias De Souza.

Dated: September 17, 2026

/s/ Haley Currie

Deputy Clerk